1  Nikhil Krishnan (CA Bar. No. 300616)
   KIRKLAND & ELLIS LLP
2  300 North LaSalle
   Chicago, IL 60654
3  Tel: (312) 862-2000
   Fax: (312) 862-2200
4  nikhil.krishnan@kirkland.com

5  *Attorneys for Samsung Electronics Co., Ltd. and
   Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BLAZE MOBILE, INC., and MICHELLE FISHER<br><br>Defendants. | CASE NO. 3:21-CV-02989<br><br>**NOTICE OF APPEARANCE OF NIKHIL KRISHNAN** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Nikhil Krishnan (nikhil.krishnan@kirkland.com) of Kirkland & Ellis LLP, hereby enters his appearance on behalf of Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the email address listed above.

DATED: April 25, 2021

Respectfully submitted,
KIRKLAND & ELLIS LLP

*/s/ Nikhil Krishnan*

Nikhil Krishnan (CA Bar. No. 300616)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
nikhil.krishnan@kirkland.com

*Attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

On 4/25/2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF.  All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Nikhil Krishnan*
Nikhil Krishnan