EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

Independent Claim # 9

9. A mobile device using a near field communication protocol for an NFC transaction, the mobile communication device comprising:

[a] a mobile device memory;

[b] a mobile device processor; and

[c] a mobile device transceiver;

[d] wherein the mobile device is associated with a secure element, the secure element including

[d1] a secure element memory,

[d2] a secure element-processor,

[d3] a secure element communication transceiver supporting a first communication channel comprising the near field communications (NFC) protocol,

[d4] wherein the secure element memory maintains a secure element application configured to use the NFC protocol and an identification code,

[d5] wherein the secure element application is executed by the secure element processor in response to detection of a near field communication inductive signal by an NFC terminal and execution of the secure element application facilitates transfer of the identification code to the NFC terminal the secure element communication transceiver

[d6] and further wherein the NFC terminal transfers the identification code to a management server which transmits the identification code to a transaction server for processing of the NFC transaction using a payment method corresponding to the identification code, the NFC terminal configured to use the NFC protocol.

`

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 9. | A mobile device using a near field communication protocol for an NFC transaction, the mobile communication device comprising:<br><br>[a] a mobile device memory; | Samsung offers a mobile device using a near field communication protocol for an NFC transaction. | “Samsung Electronics unveiled on Aug. 13 that Samsung Pay, a secure and easy-to-use mobile payment service that can be used to make purchases nearly everywhere cards are accepted, will launch in Korea on August 20 and in the U.S. on September 28. Samsung plans to roll out the service in the U.K., Spain and China, as well. “ “With Magnetic Secure Transmission (MST) and ***Near Field Communication (NFC) technologies, Samsung Pay works with most existing point-of-sale (POS) terminals***. That means it’s the only mobile payment service that works virtually anywhere you can swipe your credit card or debit card.”<br>Source: http://www.samsungvillage.com/blog/2015/08/16/samsung-announces-launch-dates-for-samsung-pay /<br><br>“Here's what you'll need before you can use Samsung Pay:<br><br>A compatible Samsung phone or watch” Source” https://www.samsung.com/us/support/answer/ANS00045081/<br><br>Compatible Devices (source: https://www.samsung.com/us/support/owners/app/samsung-pay<br><br>Supported Mobile Devices:<br><br>• Galaxy S10<br>• Galaxy S10+<br>• Galaxy S10e<br>• Galaxy S10 5G<br>• Galaxy S9 |

| | | | |
|---|---|---|---|
| | | | • Galaxy S9+<br>• Galaxy S8<br>• Galaxy S8+<br>• Galaxy S7<br>• Galaxy S7 Edge<br>• Galaxy S7 Active<br>• Galaxy S6<br>• Galaxy S6 Edge<br>• Galaxy S6 Edge+<br>• Galaxy S6 Active<br>• Galaxy Note10<br>• Galaxy Note10+<br>• Galaxy Note10 5G<br>• Galaxy Note9<br>• Galaxy Note8<br>• Galaxy Note5<br>• Galaxy Fold |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| | | Samsung Galaxy 8 memory | • Galaxy A50<br><br>Here is the Galaxy 8 as one example:<br> |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| | | | **Performance**<br><br>AP: Octa-core (2.3GHz Quad + 1.7GHz Quad), 64 bit, 10nm processor<br>Octa-core (2.35GHz Quad + 1.9GHz Quad), 64 bit, 10nm processor<br>*May differ by country and carrier.<br><br>Memory: 4GB RAM (LPDDR4)<br>64GB<br>*May differ by country and carrier.<br>*User memory is less than the total memory due to storage of the operating system and software used to operate the device features. Actual user memory will vary depending on the operator and may change after software upgrades are performed.<br><br>Network & Connectivity: LTE Cat.16<br>*May differ by markets and mobile operators.<br><br>Wi-Fi 802.11 a/b/g/n/ac (2.4/5GHz),VHT80 MU-MIMO,1024QAM<br>Bluetooth® v 5.0 (LE up to 2Mbps), ANT+, USB type-C, NFC, Location (GPS, Galileo, Glonass, BeiDou)<br>*Galileo and BeiDou coverage may be limited.<br><br>https://www.samsung.com/global/galaxy/galaxy-s8/specs/ |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 9[b] | a mobile device processor; and | A Samsung Device includes a processor | Performance<br>AP: Octa-core (2.3GHz Quad + 1.7GHz Quad), 64 bit, 10nm processor<br>Octa-core (2.35GHz Quad + 1.9GHz Quad), 64 bit, 10nm processor<br>*May differ by country and carrier.<br>Memory: 4GB RAM (LPDDR4)<br>64GB<br>*May differ by country and carrier.<br>*User memory is less than the total memory due to storage of the operating system and software used to operate the device features. Actual user memory will vary depending on the operator and may change after software upgrades are performed.<br>Network & Connectivity: LTE Cat.16<br>*May differ by markets and mobile operators.<br>Wi-Fi 802.11 a/b/g/n/ac (2.4/5GHz),VHT80 MU-MIMO,1024QAM<br>Bluetooth® v 5.0 (LE up to 2Mbps), ANT+, USB type-C, NFC, Location (GPS, Galileo, Glonass, BeiDou)<br>*Galileo and BeiDou coverage may be limited.<br><br>https://www.samsung.com/global/galaxy/galaxy-s8/specs/ |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 9[c] | a mobile device transceiver; | A Samsung Device includes a transceiver | <br>Performance<br>AP: Octa-core (2.3GHz Quad + 1.7GHz Quad), 64 bit, 10nm processor<br>Octa-core (2.35GHz Quad + 1.9GHz Quad), 64 bit, 10nm processor<br>*May differ by country and carrier.<br>Memory: 4GB RAM (LPDDR4)<br>64GB<br>*May differ by country and carrier.<br>*User memory is less than the total memory due to storage of the operating system and software used to operate the device features. Actual user memory will vary depending on the operator and may change after software upgrades are performed.<br>Network & Connectivity: LTE Cat.16<br>*May differ by markets and mobile operators.<br>Wi-Fi 802.11 a/b/g/n/ac (2.4/5GHz),VHT80 MU-MIMO,1024QAM<br>Bluetooth® v 5.0 (LE up to 2Mbps), ANT+, USB type-C, NFC, Location (GPS, Galileo, Glonass, BeiDou)<br>*Galileo and BeiDou coverage may be limited.<br><br>https://www.samsung.com/global/galaxy/galaxy-s8/specs/ |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 9[d][1] | wherein the mobile device is associated with a secure element, the secure element including a secure element memory, | A Samsung device includes a Secu-NFC chip<br><br>The Secu-NFC chip is the "secure element"<br><br>The "flash memory" is the secure element memory | SEOUL, Korea, November 15, 2011 – Samsung Electronics Co., Ltd., a world leader in advanced semiconductor solutions, announced today its new system-in-package (SIP) near field communications (NFC) chip, the SENHRN1. ***The new Secu-NFC chip combines a NFC controller and a secure element storing personal information*** and security keys with advanced encryption technologies, a prerequisite for reliable and efficient mobile payment on NFC-enabled mobile devices. Samsung's new NFC solution will be on display at CARTES 2011 from November 15th through 17th at the Samsung booth # 3 C 035 in hall 3 at the Paris-Nord Villepinte Exhibition Center."<br>Source:<br>http://www.samsung.com/us/news/newsRead.do?news_seq=19957&gltype=globalnews<br><br>`The embedded secure element has a 760 Kilobyte (KB) high-density ***flash memory*** providing users with sufficient capacity to store one's choice of diverse mobile services such as credit card codes, e-money, transportation transaction/payment services, coupon services and more. Source: http://www.samsung.com/us/news/newsRead.do?news_seq=19957&gltype=globalnew |
| 9[d][2] | a secure element-processor, | The NFC controller is the secure element processor | SEOUL, Korea, November 15, 2011 – Samsung Electronics Co., Ltd., a world leader in advanced semiconductor solutions, announced today its new system-in-package (SIP) near field communications (NFC) chip, the SENHRN1. ***The new Secu-NFC chip combines a NFC controller and a secure element storing personal information*** and security keys with advanced encryption technologies, a prerequisite for reliable and efficient mobile payment on NFC-enabled mobile devices. Samsung's new NFC solution will be on display at CARTES 2011 from November 15th through 17th at the Samsung booth # 3 C 035 in hall 3 at the Paris-Nord Villepinte Exhibition Center."<br>Source:<br>http://www.samsung.com/us/news/newsRead.do?news_seq=19957&gltype=globalnews |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 9[d][3] | a secure element communication transceiver supporting a first communication channel comprising the near field communications (NFC) protocol, | The NFC Antenna is the secure element communication transceiver | "Near Field Communication or NFC is a method of wirelessly transmitting data using radio waves. Samsung Pay uses NFC to wirelessly transmit payment data to payment terminals with NFC readers that have been activated for use. Source: https://help.content.samsung.com/csweb/faq/searchFaq.do<br><br>About NFC \| Using the NFC feature \| NFC detection area<br><br>**About NFC**<br><br>Your device allows you to read near field communication (NFC) tags that contain information about products. You can also use this feature to make payments and buy tickets for transportation or events after downloading the required apps.<br><br>(!) The battery contains a built-in NFC antenna. Handle the battery carefully to avoid damaging the NFC antenna.<br><br>**Before using this feature**<br><br>• Check the location of the NFC antennas on your device and the other device.<br>• Ensure that the NFC feature is activated on your device and the devices you want to connect to.<br>• Ensure that the device's screen is unlocked. Otherwise, the device will not read NFC tags or receive data. |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| | | | <br>**Using the NFC feature**<br>Use the NFC feature to send images or contacts to other devices, and read product information from NFC tags. If you insert a SIM or USIM card that has a payment feature, you can use the device to make payments conveniently.<br>On the Apps screen, tap **Settings → NFC** and then drag the **NFC** switch to the right. Place the NFC antenna area on the back of your device near an NFC tag. The information from the tag will appear.<br>**Making a purchase with the NFC feature**<br>Before you can use the NFC feature to make payments, you must register for the mobile payment service. To register or get details about the service, contact your service provider.<br>On the Apps screen, tap **Settings → NFC**, and then drag the **NFC** switch to the right. Touch the NFC antenna area on the back of your device to the NFC card reader. To set the default payment app, tap **Tap and pay** and select an app. The Payment services list may not be included in payment apps.<br>The Payment services list may not be included in payment apps.<br>**NFC detection area**<br>NFC detection area<br>Select a model<br><br> |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| | | |   |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| | | |     |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| | | | <br><br># You can only upgrade your device to the latest software via Kies software application.<br>* Please upgrade your device to the latest software for Octopus Mobile SIM service.<br>^ Octopus ornament is not supported.<br>• Please hold your Octopus steadily at a varied distance if cannot be read.<br>• Please use Octopus Mobile SIM in SIM card slot 1 with SIM1 configured as "enabled" via phone's settings.<br>• Subject to network, data and messaging services.<br>• Please use official battery for Octopus Mobile SIM payment.<br>• Please use official covers or case when using Octopus Mobile SIM payment.<br>FOR DETAILS OF SOFTWARE ›<br><br>**Source:** https://www.samsung.com/hk_en/nfc-support/ |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 9[d][4] | wherein the secure element memory maintains a secure element application configured to use the NFC protocol and an identification code, | The secure element is highlighted in the yellow circle to the right.<br><br>It includes secure element memory (TrustZone) which includes Secure element applications ("Trusted App) and identification code ("Tokens"), NFC transceiver (i.e. "NFC Driver") each highlighted in the red circles to the right. **(Refer to Appendix for more details about the Secure Element Application).** | Transaction security<br><br>Each tokenized transaction includes a nonce (an arbitrary number) used only once by the card network per token. It is authenticated with the cryptogram authentication code. This prevents stolen transaction data from being replayed to make fraudulent purchases. The key difference between traditional magnetic stripe payments and Samsung Pay's tokenized MST and NFC payments is the inability of attackers to replay transactions for payments.<br><br>A user who pays with the Samsung Pay app must select an already enrolled card. Based on the configured authentication type, the Samsung Pay app starts either the Fingerprint TA or Trusted PIN Pad (TPP) TA, then waits for trusted user authentication. Computation of the cryptogram is only allowed after a successful authentication, and only once per authentication.<br><br>Pictured in Figure 6, when transaction authorization reaches the merchant's POS terminal, the terminal forwards the details to the card network. The card network then verifies the authenticity of the transaction by reconstructing the expected cryptogram and comparing it against the one that was passed by the merchant.<br><br><br>Figure 6 Samsung Pay payment initiation workflow |

| | | | |
|---|---|---|---|
| | | **Because the secure element application ("trusted applications") are preinstalled in the secure element as described to the right, Samsung is liable for the secure element applications. Refer to Appendix for more details.** | *Trusted Apps verification*<br><br>Whenever a trusted app is loaded into memory, the TEE performs cryptographic verification of the binary — the app's executable program — to further ensure that only authentic Samsung Pay TAs are executed and allowed to access payment credentials. This check is performed in addition to the initial verification performed when the Samsung Pay app is first installed on the device.<br><br>*Mandatory Access Control (MAC)*<br><br>By employing SE for Android, Samsung Pay enforces MAC to ensure that only the authentic Samsung Pay app is allowed to execute Samsung Pay-specific functionalities, thereby restricting access to trusted apps only.<br><br>SE for Android stops mobile apps from granting themselves extra privileges, prevents apps from sharing too much data, and prevents the bypass of security features.<br><br>*User authentication*<br><br>"This further ensures that only the authentic Samsung Pay ***Trusted Apps are executed and allowed to access the payment credentials***. This is performed in addition to the installation time verification of the Samsung Pay app available on regular Android devices. Source: http://www.sisa.samsung.com/research/mobile-payments-and-security<br><br>**Device-side Security: Samsung Pay, TrustZone, and the TEE** |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

<table>
<tr>
<td></td>
<td></td>
<td>Because the secure element application (“trusted applications”) are preinstalled in the secure element as described to the right, Samsung is liable for the secure element applications. Refer to Appendix for more details.</td>
<td>
Worlds apart from other wallet apps

Samsung’s Galaxy-class devices supporting KNOX and Samsung Pay employ ARM® TrustZone® technology, a system-on-chip (SoC) security architecture that establishes two hardware-based “worlds” — a Normal World and a Secure World. The Normal World is where non-secure software and data processing takes place. The Secure World is reserved for storage and computing of sensitive (encrypted) data and the associated cryptographic keys.

By erecting a strong security perimeter between the two worlds, hardware logic present in the TrustZone bus fabric prevents Normal World components from accessing Secure World resources. Pictured in Figure 3, the TrustZone monitor controls switching between worlds. Applications that run in the Secure World are called Trusted Apps(TAs).

FIgure 3. TrustZone creates two parallel execution worlds

The combination of TrustZone-based hardware isolation, Trusted Boot and a trusted OS make up the TEE on Samsung devices running Samsung Pay (Figure 4).

The combination of TrustZone-based hardware isolation, Trusted Boot and a trusted OS make up the TEE on Samsung devices running Samsung Pay (Figure 4).



</td>
</tr>
</table>

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

Figure 4. Trusted Execution Environment (high-level view)




Figure 5 Certificate distribution and management

"Shown in Figure 4, multiple TAs comprising the Samsung Pay architecture, such as those responsible for communications with the payment networks, run inside the TEE. There are others as well, including the trusted apps that handle user authentication and those responsible for managing data encryption and authentication keys for the Payment Framework. For user authentication, trusted drivers operating in the TEE control access to the fingerprint sensor and the touch sensor for the Trusted PIN Pad. These drivers only allow authentication information to be passed directly to the respective payment network trusted app (for Visa, MasterCard, American Express, et al) inside the TEE.

| | | | |
|---|---|---|---|
| | | | Included with its cryptographically signed certificate, each TA is given a lifetime unique identifier. Communication restrictions between trusted drivers and trusted apps are based on a whitelist of these identifiers. The whitelists, managed by the trusted drivers themselves, cannot be modified.<br><br>A number of other defense-in-depth measures come with the KNOX framework to ensure comprehensive application, OS, and device integrity, including:<br><br>SEOUL, Korea, November 15, 2011 – Samsung Electronics Co., Ltd., a world leader in advanced semiconductor solutions, announced today its new system-in-package (SIP) near field communications (NFC) chip, the SENHRN1. The new Secu-***NFC chip combines a NFC controller and a secure element storing personal information and security keys with advanced encryption technologies, a prerequisite for reliable and efficient mobile payment on NFC-enabled mobile devices***. Samsung's new NFC solution will be on display at CARTES 2011 from November 15th through 17th at the Samsung booth # 3 C 035 in hall 3 at the Paris-Nord Villepinte Exhibition Center." Source: http://www.samsung.com/us/news/newsRead.do?news_seq=19957&gltype=globalnews<br><br>"***Tokenization is a method of protecting payment card information by substituting the card's number with a unique alphanumeric identifier, generated using proprietary algorithms. The unique identifier, or token, is then used for sending the transaction to the card's payment network, where it is decrypted and the transaction authorized. The actual card number is stored in a secure vault (with the payment processor or bank) and does not reside on the merchant's or Samsung's systems***. Tokenization is being used to reduce security risks inherent in the collection and transfer of highly sensitive data between merchants and the card's payment network. Tokenized data is not mathematically reversible and is useless unless you have the original key used to create the token, limiting the chance of your payment information being stolen or compromised. The transaction is seamless and requires no changes on the part of the merchant or consumer."Source: http://www.samsung.com/us/support/answer/ANS00043866/997410219/1 |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| | | | "Tokenization is a method of replacing your sensitive payment card information (Card Number, Expiration Date, Security code, etc.) with a device-specific 'Token' which acts as a surrogate value. In mobile payments, Tokens are used to protect your payment information and to reduce the security risks inherent to plastic cards."<br>Source ; https://help.content.samsung.com/csweb/faq/searchFaq.do<br><br>"No. Samsung does not store your personal/payment information on a Samsung server or the device.<br>Samsung Pay does not change the way your payment information is stored or handled when you make purchases. Your payment information will continue to be managed by your card network and card issuer. ***Only a device-specific Token***, which is used to replace your sensitive payment information, is stored on the device."<br>Source ; https://help.content.samsung.com/csweb/faq/searchFaq.do<br><br>1. **How does Samsung Pay work?**<br>Each time Samsung Pay is used for a transaction, the Samsung Pay handset sends at least pieces of information.<br><br>The first is a digital token that represents the credit or debit card information. The digital to a surrogate credit or debit card number. The digital token's primary purpose is to transactions to the correct payment network and to the correct issuer.<br>http://security.samsungmobile.com/doc/Press_Guidance_Samsung_Pay.pdf |

| | | | |
|---|---|---|---|
| | | | 2. **What is a token and how is it generated?**<br>A digital token is created to represent consumers' payment credentials. By substituting t card number with a token, Samsung Pay avoids putting the real card numbers at risk of th misuse. Like credit and debit card numbers, the purpose of the digital token is to transactions to the correct payment network and issuer. Samsung Pay does not store c debit card numbers. Instead, Samsung Pay uses tokens for transactions. Tokens are gener the payment network, and not by the Samsung Pay handset. The card issuers and p networks set the rules and parameters of the tokenization service, conduct account veri and cardholder authorization during the token request stage (when the token is provis and authorize transactions.<br><br>http://security.samsungmobile.com/doc/Press_Guidance_Samsung_Pay.pdf<br><br>Samsung Pay is considered safer than payment cards because it transmits ***one time use data*** at the vast majority of merchants that do not yet have EMV (smart payment) terminals. With Samsung Pay, users do not have to swipe a static magnetic stripe card."<br>http://security.samsungmobile.com/spost.html<br><br>"Payments are authorized with your fingerprint or PIN and each transaction uses a ***unique token*** each time, so your device only allows payments with your consent."<br>http://eguides.sprint.com/support/eguides/samsunggalaxynote7/content/samsung_galaxy_note_7_ug/samsung_pay.html?question_box=add%20authorized%20user&id16=add%20authorized%20user |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 9[d][5] | wherein the secure element application is executed by the secure element processor in response to detection of a near field communication inductive signal by an NFC terminal and execution of the secure element application facilitates transfer of the identification code to the NFC terminal the secure element | The Samsung secure element includes" secure element memory ("flash memory")<br><br>The secure element memory includes an identification code associated with a user ("credit card codes", "encrypted version of the card number' "virtual number", "unique alpha numeric identifier", "unique identifier", "token", "device specific token" ) described to the right.<br><br>The identification code associated with the user" (i.e. The Samsung Pay | The embedded secure element has a 760 Kilobyte (KB) high-density flash memory providing users with sufficient capacity to store one's choice of diverse mobile services such as credit card codes, e-money, transportation transaction/payment services, coupon services and more. Source: http://www.samsung.com/us/news/newsRead.do?news_seq=19957&gltype=globalnews<br><br>"Near Field Communication or NFC is a method of wirelessly transmitting data using radio waves. Samsung Pay uses ***NFC to wirelessly transmit payment data to payment terminals with NFC readers that have been activated for use***. Source: https://help.content.samsung.com/csweb/faq/searchFaq.do<br><br>Source: https://developer.samsung.com/tech-insights/pay/token-handling-by-samsung-pay |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| | communication transceiver | token) is stored in the secure element memory (i.e. Samsung TEE secure environment) | "During card provisioning, the TSP replaces the 16-digit PAN on the credit or debit card with a 16-digit substitute (DPAN) and relays it through the TR to the user's device. Then, whenever the device is used to make a purchase, Samsung Pay generates a cryptogram from the applicable card network algorithm and transmits it to the merchant's POS upon cardholder authentication, either by fingerprint scan or by entering the correct Samsung account PIN." Source: http://developer.samsung.com/tech-insights/pay/token-handling-by-samsung-pay<br><br>"**3 Simple Steps to Pay**<br>Swipe up on your screen to launch Samsung Pay and authorize with your fingerprint or pin. To pay, just hover your device close to the terminal where you'd normally swipe or tap your card.<br><br>**Secure and Private**<br>Your actual account number is never shared with a retailer. Samsung Pay transmits a one-time use digital card number each time a transaction is made. Samsung Pay is protected by Samsung KNOX® while transactions can only be authorized with your fingerprint or PIN. For added security, you can remotely lock or erase your payment cards in Samsung Pay using the 'Samsung Find My Mobile' service. "<br><br>Source: https://play.google.com/store/apps/details?id=com.samsung.android.spay&hl=en<br><br>*Trusted Apps verification*<br><br>Whenever a trusted app is loaded into memory, the TEE performs cryptographic verification of the binary — the app's executable program — to further ensure that ***only authentic Samsung Pay TAs are executed and allowed to access payment credentials***. This check is performed in addition to the initial verification performed when the Samsung Pay app is first installed on the device. |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| | | The "identification code associated with the user" (Samsung Pay token) is stored in the secure element memory (i.e. secure storage)<br><br>The secure element includes secure element memory (secure storage) and NFC transceiver (i.e. "NFC Driver") which is highlighted in the yellow circled area to the right. | *Mandatory Access Control (MAC)*<br>By employing SE for Android, Samsung Pay enforces MAC to ensure that only the authentic Samsung Pay app is allowed to execute Samsung Pay-specific functionalities, thereby restricting access to trusted apps only.<br><br>SE for Android stops mobile apps from granting themselves extra privileges, prevents apps from sharing too much data, and prevents the bypass of security features.<br><br>*User authentication*<br>"This further ensures that only the authentic Samsung Pay ***Trusted Apps are executed and allowed to access the payment credentials.*** This is performed in addition to the installation time verification of the Samsung Pay app available on regular Android devices.<br><br>Source: http://www.sisa.samsung.com/research/mobile-payments-and-security<br><br>Transaction security<br><br>Each tokenized transaction includes a nonce (an arbitrary number) used only once by the card network per token. It is authenticated with the cryptogram authentication code. This prevents stolen transaction data from being replayed to make fraudulent purchases. The key difference between traditional magnetic stripe payments and Samsung Pay's tokenized MST and NFC payments is the inability of attackers to replay transactions for payments.<br><br>A user who pays with the Samsung Pay app must select an already enrolled card. Based on the configured authentication type, the Samsung Pay app starts either the Fingerprint TA or Trusted PIN Pad (TPP) TA, then waits for trusted user authentication. Computation of the cryptogram is only allowed after a successful authentication, and only once per authentication.<br><br>Pictured in Figure 6, when transaction authorization reaches the merchant's POS terminal, the terminal forwards the details to the card network. The card network then verifies the authenticity of the transaction by reconstructing the expected cryptogram and comparing it against the one that was passed by the merchant.<br><br><br><br>Figure 6 Samsung Pay payment initiation workflow |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| | | Samsung pay uses NFC not the internet. Thus, Host Emulation Mode would not work without an internet connection<br><br>For example, Samsung Pay is used with a Galaxy 8 phone to make a purchase at Walgreens while the phone is in airplane mode (see airplane is circled) and thus did not have an internet connection as shown to the right.<br><br>***Thus, Host Card Emulation (HCE) is not used since HCE requires an internet connection.*** | **Do I need to have an active internet connection for Samsung Pay to work?**<br>FAQ<br><br>Samsung Pay requires an active internet connection for card registration and activation. However, an active internet connection is not required to make in-store purchases. Ideally, the device should connect to the internet once per day to ensure that Samsung Pay stays up to date. Most cards will allow you to make up to 10 transactions before you will need to connect to the internet and refresh the Samsung Pay information.<br><br>Source: https://help.content.samsung.com/csweb/faq/searchFaq.do<br><br> |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| 9[d][6] | and further wherein the NFC terminal transfers the identification code to a management server which transmits the identification code to a transaction server for processing of the NFC transaction using a payment method corresponding to the identification code, the NFC terminal configured to use the NFC protocol. | Samsung is directly liable for this step. A person can be held liable for the infringing acts of another "when an alleged infringer conditions participation in an activity or receipt of a benefit upon performance of a step or steps of a patented method and establishes the manner or timing of that performance." *Akamai v. Limelight*, No. 2009-1372, 2015 U.S. App. LEXIS 14175 (Fed. Cir. Aug. 13, 2015) ) (en banc). Samsung conditions a merchant's acceptance of Samsung Pay on | Pictured in Figure 6, when transaction authorization reaches the merchant's POS terminal, the terminal forwards the details to the card network. The card network then verifies the authenticity of the transaction by reconstructing the expected cryptogram and comparing it against the one that was passed by the merchant.<br><br><br>Figure 6 Samsung Pay payment initiation workflow<br>Source: page 2 of "Secured Communication with the Payment Networks _ SAMSUNG Developers"<br><br>Tokenization is a method of protecting payment card information by substituting the card's number with a unique alphanumeric identifier, generated using proprietary algorithms. The unique identifier, or token, is then used for sending the transaction to the card's payment network, where it is decrypted and the transaction authorized. The actual card number is stored in a secure vault (with the payment processor or bank) and does not reside on the merchant's or Samsung's systems. Tokenization is being used to reduce security risks inherent in the collection and transfer of highly sensitive data between merchants and the card's payment network. |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| | | installing an NFC reader at the point of sale and fowarding the Token to a server at the customer's credit or debit card bank. In this arrangement, the Token (i.e., the identification code) is transferred from the NFC terminal to a server a the merchant's bank (the "management server"). From here, theToken is transferred to a server at the issuing bank (i.e., the transaction server at the bank that issued the customer's card)<br><br>The token is the identification code | Tokenized data is not mathematically reversible and is useless unless you have the original key used to create the token, limiting the chance of your payment information being stolen or compromised. The transaction is seamless and requires no changes on the part of the merchant" Source: http://www.samsung.com/us/support/answer/ANS00043866/997409685/<br><br>"Are my credit/debit card number actually stored on the Samsung Pay server?<br><br>No. The card number is encrypted and passed to the payment card network's (i.e., Visa®, MasterCard®, or American Express®) tokenization server. After processing, a token is assigned to your device, and this token is used in place of the card number. This token information is stored on the Samsung Pay server and a copy is stored on your device. Your card number is not kept on the Samsung Pay server."<br><br>Source: http://www.samsung.com/us/support/answer/ANS00043872/997403632/1 |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

| | | | |
|---|---|---|---|
| | | The merchang POS/App is the NFC terminal.<br><br>The merchant acquirers is the management server<br><br>The card issuer is the transaction server | <br><br>Source: page 15 of "Samsung_Pay_Will_Transform_the_Mobile_Wallet_Experience-0" |

| | | | |
|---|---|---|---|
| | | | Figure 6 Samsung Pay payment initiation workflow<br><br>End-to-end protection of the cryptogram guarantees that only the particular card network TA has access to the key required to generate cryptograms. Only one cryptogram can be generated per explicit user authentication. The cryptogram also cannot be brute-forced outside of the card network TA and can only be used for a single transaction. Combined, this guarantees that every transaction initiated by Samsung Pay using a token is explicitly authorized by the user.<br><br>After a payment is accepted by the issuer, the card network may, at its option, send a notification back to the device that contains details of the accepted transaction. The details are encrypted using cryptographic keys associated with the TA specific to the card network and are only decryptable by the device on which the corresponding token resides.<br><br>Source: http://developer.samsung.com/tech-insights/pay/secured-communication-with-the-payment-networks |

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021
**APPENDIX**

Samsung's default secure element application" works automatically when the user taps their phone at checkout unless the user chooses a different app as shown below:


Settings

NFC and payment

Near Field Communication (NFC) allows you to communicate with another device without connecting to a network. This technology is used by Android Beam and certain payment apps.

- From Settings, tap **Connections** › **NFC and payment**, and then tap to turn on this feature.

TIP The device that you are transferring to needs to support NFC, and it needs to be within four centimeters of your device.

**Android Beam**

Use Android Beam to share photos, contacts, or other data between NFC-enabled devices.

1. From Settings, tap **Connections** › **NFC and payment**, and then tap to turn on NFC.
2. Tap **Android Beam**, and then tap to turn on this feature.

TIP When sharing a file, tap **Android Beam** to use this feature.

**Tap and pay**

Use an NFC payment app to make payments by touching your device to a compatible credit card reader.

1. From Settings, tap **Connections** › **NFC and payment**, and then tap to turn on NFC.
2. Tap **Tap and pay** › **Payment** to see the default payment app.
   - To use another payment app when it is open instead of the default app, tap **Tap and pay with open apps**.
   - To set another payment app as the default, tap **Others**, and then tap the app you prefer.

TIP NFC technology is used with **Samsung Pay**. Turn on this feature to see how easy and secure it is to use your device to make payments.

106

Source: https://www.samsung.com/us/support/downloads/

If the secure element application" was not pre-installed, it would also be too time consuming to download it, integrate it, sign in and process the transaction as shown in the payment flow below,

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021




*See*

[Samsung Pay Will Transform The Mobile Wallet Experience-0 | Near Field Communication | Point Of Sale (scribd.com)]

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

Additional technical details are set forth below:

1) The Samsung Trusted Execution Environment (“Secure element”) loads the Trusted Payment Apps (“Secure element applications”) from storage into memory at run time as described in step #5 below.

The Samsung Pay App is pre-installed on, for example, in the memory of the Galaxy 8 as shown below

https://www.samsung.com/global/galaxy/galaxy-s8/specs/




2) The Samsung Pay App which is preinstalled on the mobile device interfaces with the S***amsung Trusted Payment Apps ( “Secure element applications” ),*** which are also pre-installed in the Trusted Execution Environment of the Samsung Knox Chip ( “Secure element” ) as shown below.

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

The combination of TrustZone-based hardware isolation, Trusted Boot and a trusted OS make up the TEE on Samsung devices running Samsung Pay (Figure 4).




Figure 4. Trusted Execution Environment (high-level view)

> "Shown in Figure 4, ***multiple TAs comprising the Samsung Pay architecture, such as those responsible for communications with the payment networks***, run inside the TEE. There are others as well, including the ***trusted apps*** that handle user authentication and those responsible for managing data encryption and authentication keys for the ***Payment Framework.*** For user authentication, trusted drivers operating in the TEE control access to the fingerprint sensor and the touch sensor for the Trusted PIN Pad. These drivers only allow authentication information to be passed directly to the respective payment network trusted app (for Visa, MasterCard, American Express, et al) inside the TEE."

*See* https://developer.samsung.com/tech-insights/pay/token-handling-by-samsung-pay

3) The TEE ("secure element") signs the pre-installed Trusted Payment Apps ("secure element apps) with a cryptographic key as shown below.

*a. Trusted Apps verification*

Whenever a trusted app is loaded into memory, the TEE performs cryptographic verification of the binary — the app's executable program — to further ensure that ***only authentic Samsung Pay TAs are executed and allowed to access payment credentials***. This check is performed in addition to the initial verification performed when the Samsung Pay app is first installed on the device.

*b. Mandatory Access Control (MAC)*

By employing SE for Android, Samsung Pay enforces MAC to ensure that only the authentic Samsung Pay app is allowed to execute Samsung Pay-specific functionalities, thereby restricting access to trusted apps only.

SE for Android stops mobile apps from granting themselves extra privileges, prevents apps from sharing too much data, and prevents the bypass of security features.

*c. User authentication*

"This further ensures that only the authentic Samsung Pay ***Trusted Apps are executed and allowed to access the payment credentials***. This is performed in addition to the installation time verification of the Samsung Pay app available on regular Android devices.

*See* http://www.sisa.samsung.com/research/mobile-payments-and-security

4) The Samsung cryptographic certificate and API is also pre-installed on the TEE ("secure-element") is shown below:

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

> “ SCrypto is secure library which is used to provide a standardized common ***cryptographic API to trusted applications for the secure world/TEE environment***.”

See https://csrc.nist.gov/projects/cryptographic-module-validation-program/certificate/3791 located at https://www.samsungknox.com/en/knox-platform/knox-certifications



FIPS 140-2 Consolidated Validation Certificate

The National Institute of Standards and Technology of the United States of America

FIPS VALIDATED 140-2 TM

The Canadian Centre for Cyber Security

January 2021

The National Institute of Standards and Technology, as the United States FIPS 140-2 Cryptographic Module Validation Authority; and the Canadian Centre for Cyber Security, as the Canadian FIPS 140-2 Cryptographic Module Validation Authority; hereby validate the FIPS 140-2 testing results of the cryptographic modules listed below in accordance with the Derived Test Requirements for FIPS 140-2, Security Requirements for Cryptographic Modules. FIPS 140-2 specifies the security requirements that are to be satisfied by a cryptographic module utilized within a security system protecting Sensitive Information (United States) or Protected Information (Canada) within computer and telecommunications systems (including voice systems).

Products which use a cryptographic module identified below may be labeled as complying with the requirements of FIPS 140-2 so long as the product, throughout its life-cycle, continues to use the validated version of the cryptographic module as specified in this consolidated certificate. The validation report contains additional details concerning test results. No reliability test has been performed and no warranty of the products by both agencies is either expressed or implied.

FIPS 140-2 provides four increasing, qualitative levels of security: Level 1, Level 2, Level 3, and Level 4. These levels are intended to cover the wide range and potential applications and environments in which cryptographic modules may be employed. The security requirements cover eleven areas related to the secure design and implementation of a cryptographic module.

The scope of conformance achieved by the cryptographic modules as tested are identified and listed on the Cryptographic Module Validation Program website. The website listing is the official list of validated cryptographic modules. Each validation entry corresponds to a uniquely assigned certificate number. Associated with each certificate number is the module name(s), module versioning information, applicable caveats, module type, date of initial validation and applicable revisions, Overall Level, individual Levels if different than the Overall Level, FIPS-approved and other algorithms, vendor contact information, a vendor provided description and the accredited Cryptographic Module Testing laboratory which performed the testing.

Signed on behalf of the Government of the United States
Signature: Gavin O'Brien
Dated: 02/19/2021
Chief, Computer Security Division
National Institute of Standards and Technology

Signed on behalf of the Government of Canada
Signature:
Dated: 2021-02-09
Director, Risk Mitigation Programs
Canadian Centre for Cyber Security

TM: A Certification Mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian Governments

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021



http://csrc.nist.gov/Projects/Cryptographic-Module-Validation-Program/Validated-Modules

| Certificate Number | Validation / Posting Date | Module Name(s) | Vendor Name | Version Information |
|---|---|---|---|---|
| 3788 | 01/05/2021 | NITROXIII CNN35XX-NFBE HSM Family | Marvell | Hardware Version: P/Ns CNL3560P-NFBE-G, CNL3560-NFBE-G, CNL3530-NFBE-G, CNL3510-NFBE-G, CNL3510P-NFBE-G, CNN3560P-NFBE-G, CNN3560-NFBE-G, CNN3530-NFBE-G, CNN3510-NFBE-G, Version HW-1.0 and CNL3560P-NFBE-2.0-G, CNL3560-NFBE-2.0-G, CNL3530-NFBE-2.0-G, CNL3510-NFBE-2.0-G, CNL3510P-NFBE-2.0-G, CNL3560PB-NFBE-2.0-G, CNL3560B-NFBE-2.0-G, CNL3530B-NFBE-2.0-G, CNL3510B-NFBE-2.0-G, CNL3510PB-NFBE-2.0-G, CNN3510LP-NFBE-2.0-G and CNN3510LPB-NFBE-2.0-G, Version HW-2.0; Firmware Version: CNN35XX-NFBE-FW-2.06 build 05 and CNN35XX-NFBE-FW-2.06 build 06 |
| 3789 | 01/06/2021 | Cisco ASA Cryptographic Module | Cisco Systems, Inc. | Hardware Version: FPR4110-ASA-K9, FPR4115-ASA-K9, FPR4120-ASA-K9, FPR4125-ASA-K9, FPR4140-ASA-K9, FPR4145-ASA-K9, FPR4150-ASA-K9, FPR9K-SM-24, FPR9K-SM-36, FPR9K-SM-40, FPR9K-SM-44, FPR9K-SM-48 and FPR9K-SM-56; Firmware Version: 9.12 |
| 3790 | 01/06/2021 | Cisco FIPS Object Module | Cisco Systems, Inc. | Firmware Version: 7.2 |
| 3791 | 01/11/2021 | Samsung SCrypto Cryptographic Module | Samsung Electronics Co., Ltd. | Software Version: 2.5 |
| 3792 | 01/13/2021 | NRevenector 2018 | FP InovoLabs GmbH | Hardware Version: 58.0036.0301.00 and 58.0036.0302.00; Firmware Version: Bootloader 90.0036.0401.00/2019141001 |
| 3793 | 01/20/2021 | iStorage datAshur PROÂ² Level 3 Secure Storage Drive | iStorage Ltd. | Hardware Version: IS-FL-DP2-256-4, IS-FL-DP2-256-8, IS-FL-DP2-256-16, IS-FL-DP2-256-32, IS-FL-DP2-256-64, IS-FL-DP2-256-128, IS-FL-DP2-256-256, and IS-FL-DP2-256-512; Firmware Version: EC Firmware version IS_EC_FW_505_1X and SC Firmware version 2.5 |
| 3794 | 01/21/2021 | Red Hat Enterprise Linux 8 Kernel Crypto API Cryptographic Module | Red Hat(R), Inc. | Software Version: rhel8.20190926 |
| 3795 | 01/21/2021 | Cisco Firepower 4100 and Cisco Firepower 9300 Series | Cisco Systems, Inc. | Hardware Version: FPR4110-NGFW-K9[1], FPR4115-NGFW-K9[1], FPR4120-NGFW-K9[1], FPR4125-NGFW-K9[1], FPR4140-NGFW-K9[1], FPR4145-NGFW-K9[1], FPR4150-NGFW-K9[1], FPR9K-Sup (SM-24)[2], FPR9K-Sup (SM-36)[2], FPR9K-Sup (SM-40)[2], FPR9K-Sup (SM-44)[2], FPR9K-Sup (SM-48)[2] and FPR9K-Sup (SM-56)[2] with FIPS Kit (Cisco_TEL.FIPS_Kit), and opacity shield 69-100250-01[1] or 800-102843-01[2]; Firmware Version: 2.6 |
| 3796 | 01/25/2021 | IDPrime 930 / 3930 | Thales | Hardware Version: SLE78CFX400VPH - A1977038, SLE78CLFX400VPH - A1714221, SLE78CFX400VPH - A2023188 and SLE78CFX400VPH - A2410334; Firmware Version: IDCore3130 - Build 11D, IDPrime 930/3930 Applet V4.5 and MSPNP Applet V1.2 |
| 3797 | 01/25/2021 | SUSE Linux Enterprise Server OpenSSL Cryptographic Module | SUSE, LLC | Software Version: 4.0 |

See https://csrc.nist.gov/CSRC/media/projects/cryptographic-module-validation-program/documents/certificates/January%202021_080221_0323_signed.pdf

5) Because Samsung's TEE ("Secure element") loads the Trusted Payment Applications ("Secure element applications") into the TEE memory from the TEE storage at runtime after verifying the cryptographic signature, the Trusted Payment Applications ("Secure element applications") are pre-installed in the TEE ("Secure element") as described below.

The TOE protects access to the REK and derived HEK to only trusted applications[7] within the TEE (TrustZone). The TOE key manager includes a TEE module that utilizes the HEK to protect all other keys in the key hierarchy. All TEE applications are cryptographically signed, and when invoked at runtime (at the behest of an untrusted application), the TEE will only load the trusted application after successfully verifying its cryptographic signature. Furthermore, the device encryption library checks the integrity of the system by checking the result from both Secure Boot/SecurityManager and from the Integrity Check Daemon before servicing any requests. Without this TEE application, no keys within the TOE (including keys for ScreenLock, the keystore, and user data) can be successfully decrypted, and thus are useless.

*See, e.g.*, page 80 of https://www.niap-ccevs.org/MMO/ProductAM/st_vid10979-st-2.pdf found at" Samsung Galaxy Devices on Android 9" or https://www.niap-ccevs.org/Product/Maint.cfm?AMID=1469&PID=10979 located at https://www.samsungknox.com/en/knox-platform/knox-certifications (Refer to Appendix B for excerpts from the document).

Samsung's documents further suggest that even the REK is Rook Encryption Key that is used to sign the Trusted Payment Applications ("Secure element applications") is pre-installed during manufacturing or fabrication as shown below.

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021

**FCS_CKM_EXT.1**

The TOE supports a Root Encryption Key (REK) within the main (application) processor. Requests for encryption or decryption chaining to the REK are only accessible through the Trusted Execution Environment, or TEE (TrustZone). The REK lies in a series of 256-bit fuses, programmed during manufacturing. The TEE does not allow direct access to the REK but provides services to derive a HEK (Hardware Encryption Key, which is derived from the REK through a KDF function) for encryption and decryption.

The REK value is generated during manufacturing either by the TOE (if it detects that the REK fuses have not been set) using its hardware DRBG or is generated during fabrication using an external RBG that meets the requirements of this PP in that the process utilizes a SHA-256 Hash_DRBG seeded by a hardware entropy source identical in architecture to that within the TOE. This fabrication process includes strict controls (including physical and logical access control to the manufacturing room where programming takes place as well as video surveillance and access only to specific, authorized, trusted

SAMSUNG 58 of 87

Samsung Electronics Co., Ltd. Samsung Galaxy Devices on Android 9 (MDFPP31/WLANCEP10/VPNC21) Security Target

Version: 0.5
Date: 2019/10/16

individuals) to ensure that the fabricator cannot access any REK values between generation and programming.

*See, e.g*., page 58 of https://www.niap-ccevs.org/MMO/ProductAM/st_vid10979-st-2.pdf found at" Samsung Galaxy Devices on Android 9" or https://www.niap-ccevs.org/Product/Maint.cfm?AMID=1469&PID=10979 located at https://www.samsungknox.com/en/knox-platform/knox-certifications (Refer to Appendix B for excerpts from the document).

6) Because Samsung complied with the security evaluation, it was issued a Common Criteria Certificate (shown below) that enabled Samsung to distribute its mobile devices with the Trusted Payment Apps ("secure element apps) preinstalled in the TEE ("Secure element").

> "All products evaluated under NIAP must demonstrate exact compliance to the applicable Protection Profile(s). NIAP validates the results of the security evaluation conducted by the CCTL, if the evaluation is successful, issues a Common Criteria certificate."

https://www.niap-ccevs.org/Ref/FAQ.cfm#cat27

EXEMPLARY COMPARISON OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9,378,493
September 13, 2021




National Information Assurance Partnership
**Common Criteria Certificate**
*is awarded to*
**Samsung Electronics Co., Ltd.**
*for*
**Samsung Galaxy Devices on Android 9**

The IT product identified in this certificate has been evaluated at an accredited testing laboratory using the Common Methodology for IT Security Evaluation (Version 3.1) for conformance to the Common Criteria for IT Security Evaluation (Version 3.1). This certificate applies only to the specific version and release of the product in its evaluated configuration. The product's functional and assurance security specifications are contained in its security target. The evaluation has been conducted in accordance with the provisions of the NIAP Common Criteria Evaluation and Validation Scheme and the conclusions of the testing laboratory in the evaluation technical report are consistent with the evidence adduced. This certificate is not an endorsement of the IT product by any agency of the U.S. Government and no warranty of the IT product is either expressed or implied.

**Date Issued: 2019-08-02**
**Validation Report Number: CCEVS-VR-VID10979-2019**
**CCTL: Gossamer Security Solutions**

**Assurance Level: PP Compliant**
**Protection Profile Identifier:**
**PP-Module for VPN Client Version 2.1**
**Protection Profile for Mobile Device Fundamentals Version 3.1**
**Extended Package for Wireless LAN Client Version 1.0**

Original Signed By
***Director, Common Criteria Evaluation and Validation Scheme***
National Information Assurance Partnership

7) For payment transactions to complete in a few milliseconds, the Trusted Payment Applications ("Secure element application") must be pre-installed.

In sum, Samsung's Pay product, through the preinstalled Trusted Payment Applications, satisfies the patents' claim limitations of (i) a "secure element application configured to use the NFC protocol," and (ii) executing a secure element application "in response to a detection of a near field communication inductive signal from an NFC terminal configured to use the NFC protocol."