EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

**Independent Claim # 10:**

A mobile device for conducting a Near Field Communication (NFC) transaction using an NFC protocol, the mobile device comprising:

[a] a mobile device memory including a non-browser based-application, wherein the non-browser based application is a mobile operating system platform non browser based mobile application preinstalled or downloaded and installed on the mobile device;

[b] a mobile device transceiver that supports voice and data interactions through a first communication channel;

[c1] a mobile device processor that

[c2] receives, at the non-browser based application, user authentication information, wherein the non-browser based application stored on the mobile device receives the user authentication information via the mobile device display of the mobile device and further wherein the user authentication information includes biometric data; and

[c3] upon receipt of the user authentication information, authenticating, at the mobile device, a user associated with the user authentication information before the NFC transaction;

[d] an NFC processor that executes a secure element application in response to a near field communication inductive signal by an NFC terminal;

[e1] a secure element memory that maintains an identification code and the secure element application configured to use the NFC protocol,

[e2] wherein the secure element application transmits the identification code through a second communication channel to an NFC terminal in response to the near field communication inductive signal by the NFC terminal,

[e3] and further wherein the identification code is transmitted to a server for processing the near field communication transaction using a payment method that corresponds to the identification code; and

[f] an NFC transceiver configured to use the NFC protocol through the second communication channel.

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

**Dependent Claim 14:** The mobile device of claim 10, further wherein a digital artifact is delivered from the server to the mobile device using the first communication channel.

**Dependent Claim 15:** The mobile device of claim 14, wherein the digital artifact comprises an advertisement, receipt, ticket, coupon, media, metadata and/or content.

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 10. | A mobile device for conducting a Near Field Communication (NFC) transaction using an NFC protocol | Samsung offers a mobile device using a near field communication protocol for an NFC transaction as shown to the right.<br><br>A Samsung Galaxy 8 with NFC (and airplane mode) enabled is used to successfully make a purchase at Walgreens as shown in the images to the | "Samsung Mobile Payment Service – Samsung Pay, Available Starting Today in the U.S. USA on September 28, 2015<br><br>Samsung Electronics announced the launch of Samsung Pay in the United States. A secure and easy-to-use mobile payment service, Samsung Pay works almost anywhere you can swipe or tap your card. Samsung Pay launched initially in Korea on August 20th. Plans for bringing the service to the China, Spain and the U.K. are also underway."<br><br> |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | right. | Samsung Pay will work on Galaxy S6, S6 edge, Note5 and S6 edge+ devices operating on the AT&T, T-Mobile, Sprint and U.S. Cellular networks in the United States.<br><br>• **SIMPLE**: To make a payment on Samsung Pay, users can simply swipe up, scan their fingerprint and pay.<br>• **SAFE**: Samsung Pay uses digital tokenization, Samsung KNOX, and fingerprint authentication to provide secure payments. And, as terminals are upgraded to EMV, that security is leveraged too.<br>• **ALMOST ANYWHERE:** Samsung Pay is compatible with most existing and new terminals, including most magnetic stripe, EMV and ***NFC terminals***. **That means Samsung Pay works at more places than any other mobile payment service.**<br><br>Source: https://news.samsung.com/global/samsung-mobile-payment-service-samsung-pay-available-starting-today-in-the-u-s<br><br>"Near Field Communication (NFC) technology allows users to make secure transactions, exchange digital content, and connect electronic devices with a touch. NFC transmissions are short range (from a touch to a few centimetres) and require the devices to be in close proximity. NFC is the technology in contractless cards and the most common use of NFC technology in your smartphone is making easy payments with Samsung Pay. NFC can also be used to quickly connect with wireless devices and transfer data with Android Beam."<br>Source: https://www.samsung.com/uk/support/mobile-devices/what-is-nfc-and-how-do-i-use-it/ |

| | | | |
|---|---|---|---|
| | | | **Samsung Pay**<br><br>Samsung Pay™ lets you make payments with your device. It is accepted almost anywhere you can swipe or tap your credit card. A Samsung account is required.<br><br>For support, visit **samsung.com/us/support/owners/app/samsung-pay**.<br><br>○ From Apps, tap **Samsung Pay**, and tap **Get started** and follow the prompts.<br><br>**NOTE** For added security, your credit and debit card information is not stored on a cloud service. If you are using the Samsung Pay app on multiple devices, you must sign in to the app and confirm all payment cards on each device. Some card issuers may limit the number of devices.<br><br>**Use Samsung Pay**<br><br>Use Samsung Pay by opening the app and holding your device over the store's card reader.<br><br>1. From **Samsung Pay**, select a card to pay with and authorize payments by scanning your finger or iris, or by entering your Samsung Pay PIN.<br>2. Hold your phone over the store's card reader.<br>• When your payment is complete, a receipt is sent to your registered email.<br><br>**NOTE** Make sure the NFC feature is enabled on your device. For more information, see **NFC and payment** on page 106.<br><br>Source: https://www.samsung.com/us/support/downloads/ |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

Settings

## NFC and payment

Near Field Communication (NFC) allows you to communicate with another device without connecting to a network. This technology is used by Android Beam and certain payment apps.

- From Settings, tap **Connections** › **NFC and payment**, and then tap to turn on this feature.

TIP The device that you are transferring to needs to support NFC, and it needs to be within four centimeters of your device.

### Android Beam

Use Android Beam to share photos, contacts, or other data between NFC-enabled devices.

1. From Settings, tap **Connections** › **NFC and payment**, and then tap to turn on NFC.
2. Tap **Android Beam**, and then tap to turn on this feature.

TIP When sharing a file, tap **Android Beam** to use this feature.

### Tap and pay

Use an NFC payment app to make payments by touching your device to a compatible credit card reader.

1. From Settings, tap **Connections** › **NFC and payment**, and then tap to turn on NFC.
2. Tap **Tap and pay** › **Payment** to see the default payment app.
   - To use another payment app when it is open instead of the default app, tap **Tap and pay with open apps**.
   - To set another payment app as the default, tap **Others**, and then tap the app you prefer.

TIP NFC technology is used with **Samsung Pay**. Turn on this feature to see how easy and secure it is to use your device to make payments.

106

Source: https://www.samsung.com/us/support/downloads/

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | | "Here's what you'll need before you can use Samsung Pay: A compatible Samsung phone or watch" Source" https://www.samsung.com/us/support/answer/ANS00045081/<br><br>Compatible Devices (source: https://www.samsung.com/us/support/owners/app/samsung-pay<br><br>Supported Mobile Devices:<br><br>• Galaxy S10<br><br>• Galaxy S10+<br><br>• Galaxy S10e<br><br>• Galaxy S10 5G<br><br>• Galaxy S9<br><br>• Galaxy S9+<br><br>• Galaxy S8<br><br>• Galaxy S8+<br><br>• Galaxy S7<br><br>• Galaxy S7 Edge<br><br>• Galaxy S7 Active<br><br>• Galaxy S6 |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | | • Galaxy S6 Edge<br>• Galaxy S6 Edge+<br>• Galaxy S6 Active<br>• Galaxy Note10<br>• Galaxy Note10+<br>• Galaxy Note10 5G<br>• Galaxy Note9<br>• Galaxy Note8<br>• Galaxy Note5<br>• Galaxy Fold<br>• Galaxy A50 |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 10a | the mobile device comprising:<br><br>[a] a mobile device memory maintaining a non-browser based application, wherein the non-browser based application is a mobile operating system platform non-browser based mobile application with a graphical user interface that is | The Samsung Galaxy 8 is one example of a mobile device as shown to the right. | <br>:<br><br>https://www.samsung.com/global/galaxy/galaxy-s8/specs/ |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | preinstalled or downloaded and installed on the mobile device, wherein the graphical user interface includes a graphical icon; | A Samsung device includes memory as shown to the right. | **Performance**<br><br>AP: Octa-core (2.3GHz Quad + 1.7GHz Quad), 64 bit, 10nm processor<br>Octa-core (2.35GHz Quad + 1.9GHz Quad), 64 bit, 10nm processor<br>*May differ by country and carrier.<br><br>Memory: 4GB RAM (LPDDR4)<br>64GB<br>*May differ by country and carrier.<br>*User memory is less than the total memory due to storage of the operating system and software used to operate the device features. Actual user memory will vary depending on the operator and may change after software upgrades are performed.<br><br>Network & Connectivity: LTE Cat.16<br>*May differ by markets and mobile operators.<br><br>Wi-Fi 802.11 a/b/g/n/ac (2.4/5GHz),VHT80 MU-MIMO,1024QAM<br>Bluetooth® v 5.0 (LE up to 2Mbps), ANT+, USB type-C, NFC, Location (GPS, Galileo, Glonass, BeiDou)<br>*Galileo and BeiDou coverage may be limited. |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

<table>
<tr>
<td></td>
<td></td>
<td>Samsung Pay is a non-browser based mobile application that is pre-installed or downloaded and installed on the mobile device.<br><br>The Samsung Pay web browser with the URL is shown in the first column to the right.<br><br>In contrast, the Samsung Pay non-browser based App preinstalled on the mobile device with a graphical user interface including a graphical icon is shown in the second column to the right.<br><br>.</td>
<td>
<table>
<tr><th>Samsung Pay<br><br>Web Browser</th><th>Samsung Pay<br><br>Non-Browser App</th></tr>
<tr><td>https://www.samsung.com/us/shop/<br>
</td><td>
</td></tr>
</table>
<br>Source: https://pages.samsung.com/ca/samsungpay/English/
</td>
</tr>
</table>

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 10[b] | a mobile device transceiver; | A Samsung Device includes a transceiver | <br>Performance<br>AP<br>Octa-core (2.3GHz Quad + 1.7GHz Quad), 64 bit, 10nm processor<br>Octa-core (2.35GHz Quad + 1.9GHz Quad), 64 bit, 10nm processor<br>*May differ by country and carrier.<br>Memory<br>4GB RAM (LPDDR4)<br>64GB<br>*May differ by country and carrier.<br>*User memory is less than the total memory due to storage of the operating system and software used to operate the device features. Actual user memory will vary depending on the operator and may change after software upgrades are performed.<br>Network & Connectivity<br>LTE Cat.16<br>*May differ by markets and mobile operators.<br>Wi-Fi 802.11 a/b/g/n/ac (2.4/5GHz),VHT80 MU-MIMO,1024QAM<br>Bluetooth® v 5.0 (LE up to 2Mbps), ANT+, USB type-C, NFC, Location (GPS, Galileo, Glonass, BeiDou)<br>*Galileo and BeiDou coverage may be limited.<br><br>https://www.samsung.com/global/galaxy/galaxy-s8/specs/ |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 10 [c1] | A mobile device processor | A Samsung Device includes a processor | Performance<br><br>AP — Octa-core (2.3GHz Quad + 1.7GHz Quad), 64 bit, 10nm processor<br>Octa-core (2.35GHz Quad + 1.9GHz Quad), 64 bit, 10nm processor<br>*May differ by country and carrier.<br><br>Memory — 4GB RAM (LPDDR4)<br>64GB<br>*May differ by country and carrier.<br>*User memory is less than the total memory due to storage of the operating system and software used to operate the device features. Actual user memory will vary depending on the operator and may change after software upgrades are performed.<br><br>Network & Connectivity — LTE Cat.16<br>*May differ by markets and mobile operators.<br><br>Wi-Fi 802.11 a/b/g/n/ac (2.4/5GHz),VHT80 MU-MIMO,1024QAM<br>Bluetooth® v 5.0 (LE up to 2Mbps), ANT+, USB type-C, NFC, Location (GPS, Galileo, Glonass, BeiDou)<br>*Galileo and BeiDou coverage may be limited.<br><br>Source: https://www.samsung.com/global/galaxy/galaxy-s8/specs/ |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 10[c2] | receives, at the non-browser based application, user authentication information, wherein the non-browser based application stored on the mobile device receives the user authentication information via the mobile device display of the mobile device and further wherein the user authentication information includes biometric data; and | | <br>https://news.samsung.com/global/multilayer-security-and-convenience-make-samsung-pay-a-winning-choice<br>Samsung Newsroom<br>CORPORATE PRODUCTS PRESS RESOURCES VIEWS ABOUT US<br>Multilayer Security and Convenience Make Samsung Pay a Winning Choice<br>Audio Share<br>Mobile payments services have been in the news for the past year, with a variety of options vying for public acceptance. One of the most popular so far has been Samsung Pay, which is not only widely accepted and easy-to-use, but also incredibly secure, with several layers of security to ensure its users' information stays safe. Why is Samsung Pay so secure? Because it protects people at three levels: guarding their private information (tokenization), requiring authentication and constantly monitoring their devices with Samsung KNOX.<br>**User Authentication Ensures Control**<br>Another important part of maintaining Samsung Pay security is the user authentication process. All transactions also require that the user confirm the purchase, either by a PIN or a fingerprint. Payments must be authorized with the user's PIN or fingerprint so their mobile device only allows payments with the user's consent.<br>Source: https://news.samsung.com/global/multilayer-security-and-convenience-make-samsung-pay-a-winning-choice |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 10[c3] | upon receipt of the user authentication information, authenticating, at the mobile device, a user associated with the user authentication information before the NFC transaction; | Samsung practices this since the mobile device authenticates the user prior to the transaction as shown to the right. | https://www.samsung.com/us/support/answer/ANS00043932/<br>When you make a payment<br>When you make a payment, you will need to authenticate your identity by using your fingerprint or Samsung Pay PIN before the information can be sent to the payment terminal. The merchant will only receive a token, and your payment information will be kept secure. The token will be sent to the payment network, where it will be decrypted and verified against the information stored in a secure vault on internal networks. Once authenticated, the payment will be approved and sent back to the merchant. Only the payment network and your bank will have information about the transaction.<br>Source: https://www.samsung.com/us/support/answer/ANS00043932/ |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 10[d] | an NFC processor that executes a secure element application in response to a near field communication inductive signal by an NFC terminal; | Samsung practices this since it includes an NFC processor that executes a secure element application asshown to the right | **Samsung's New Secu-NFC Chip Enables Secure Mobile Payment by Enhancing NFC with Security Features**<br><br>SEOUL, Korea, November 15, 2011 – Samsung Electronics Co., Ltd., a world leader in advanced semiconductor solutions, announced today its new system-in-package (SIP) near field communications (NFC) chip, the SENHRN1. The new Secu-NFC chip combines a NFC controller and a secure element storing personal information and security keys with advanced encryption technologies, a prerequisite for reliable and efficient mobile payment on NFC-enabled mobile devices. Samsung's new NFC solution will be on display at CARTES 2011 from November 15th through 17th at the Samsung booth # 3 C 035 in hall 3 at the Paris-Nord Villepinte Exhibition Center.<br><br>"Mobile payment, ticketing, data sharing, electronic ID card functions are some of the diverse user services enabled by NFC technology, which is becoming a key service enabler on emerging convergence technologies," said Dojun Rhee, vice president of System LSI marketing, Device Solutions, Samsung Electronics. "Samsung's new secure NFC solution with its high data storage capacity provides consumers with ample room to expand operation service and features to deliver the ultimate user experience."<br><br>The new solution is based on Samsung's proven in-house expertise and experience in smartcard ICs, which involves advanced RF sensitivity features and enhanced data encryption technologies, and its wealth of package technology, utilizing advanced SIP technology.<br><br>Samsung's Secu-NFC chip, packaged as a SIP, has identical form factor measurements (4.3mm X 4.3mm X 1.0mm) as a standalone NFC chip. This raises the area space efficiencies on mobile devices. The pin-to-pin compatibility also allows mobile device's designers to immediately adopt the new solution without additional cost, engineering and design efforts.<br><br>The embedded secure element has a 760 Kilobyte (KB) high-density flash memory providing users with sufficient capacity to store one's choice of diverse mobile services such as credit card codes, e-money, transportation transaction/payment services, coupon services and more.<br><br>Moreover, Samsung secures various payment solutions including operation systems required for mobile payment services in respective regions and countries, including Europe, North America and China.<br><br>Samsung's NFC controller has an enhanced battery-off feature so it remains active for payment transactions even when the mobile device is discharged. Additionally, an embedded single wire protocol interface, allows consumers to enjoy the full breadth of services available by using U-SIM as well as the embedded secure element.<br><br>*Source*: https://www.samsung.com/us/news/newsRead.do?news_seq=19957&gltype=globalnews<br><br>"A Secure Environment is ***a physically segregated chip in the phone which only allows access to highly sensitive operations/information*** such as fingerprint, iris and ***payment information.*** Normal applications and malware have no access to the information in a Secure Environment."<br>Source ; https://help.content.samsung.com/csweb/faq/searchFaq.do |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 10[e1] | a secure element memory that maintains an identification code and the secure element application configured to use the NFC protocol, | A Samsung device includes a Secu-NFC chip<br><br>The "Secu-NFC chip" and "secure environment" | SEOUL, Korea, November 15, 2011 – Samsung Electronics Co., Ltd., a world leader in advanced semiconductor solutions, announced today its new system-in-package (SIP) near field communications (NFC) chip, the SENHRN1. ***The new Secu-NFC chip combines a NFC controller and a secure element storing personal information*** and security keys with advanced encryption technologies, a prerequisite for reliable and efficient mobile payment on NFC-enabled mobile devices. Samsung's new NFC solution will be on display at CARTES 2011 from November 15th through 17th at the Samsung booth # 3 C 035 in hall 3 at the Paris-Nord Villepinte Exhibition Center."<br>Source:<br>http://www.samsung.com/us/news/newsRead.do?news_seq=19957&gltype=globalnews<br><br>"Samsung KNOX scans to see if your phone is secure, and disables Samsung Pay if your phone is compromised in order to protect your payment information. Samsung Knox also includes a security design whereby highly sensitive operations and information, such as fingerprint and ***payment information, are*** kept on a separate computer area known as a "***secure environment***." Normal applications or malware have no access to the information inside it."<br><br>Source: https://www.samsung.com/za/samsung-pay/<br><br>"A Secure Environment is ***a physically segregated chip in the phone which only allows access to highly sensitive operations/information*** such as fingerprint, iris and ***payment information.*** Normal applications and malware have no access to the information in a Secure Environment."<br>Source ; https://help.content.samsung.com/csweb/faq/searchFaq.do |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 10[e2] | wherein the secure element application transmits the identification code through a second communication channel to an NFC terminal in response to the near field communication inductive signal by the NFC terminal, | The Samsung secure element includes" secure element memory ("flash memory")<br><br>The secure element memory includes an identification code associated with a user ("credit card codes", "encrypted version of the card number' "virtual number", "unique alpha numeric identifier", "unique identifier", "token", "device specific token" ) | `The embedded secure element has a 760 Kilobyte (KB) high-density ***flash memory*** providing users with sufficient capacity to store one's choice of diverse mobile services such as ***credit card codes***, e-money, transportation transaction/payment services, coupon services and more. Source: http://www.samsung.com/us/news/newsRead.do?news_seq=19957&gltype=globalnew<br><br>"Samsung Pay is safer than having a physical card because it doesn't actually store the actual card number. ***Simply put, Samsung Pay stores an encrypted version of the card number that is sent to payment terminals instead of the actual card number. It's a virtual number of*** sorts, so the original card number is not stored anywhere on your phone." Source: https://www.sammobile.com/samsung-pay<br><br>"Tokenization is a method of protecting payment card information by substituting the card's number with a ***unique alphanumeric identifie***r, generated using proprietary algorithms. The ***unique identifier, or token***, is then used for sending the transaction to the card's payment network, where it is decrypted and the transaction authorized. The actual card number is stored in a secure vault (with the payment processor or bank) and does not reside on the merchant's or Samsung's systems. Tokenization is being used to reduce security risks inherent in the collection and transfer of highly sensitive data between merchants and the card's payment network. Tokenized data is not mathematically reversible and is useless unless you have the original key used to create the token, limiting the chance of your payment information being stolen or compromised. The transaction is seamless and requires no changes on the part of the merchant or consumer." Source: http://www.samsung.com/us/support/answer/ANS00043866/997410219/1<br><br>"Tokenization is a method of replacing your sensitive payment card information (Card Number, Expiration Date, Security code, etc.) with a ***device-specific 'Token'*** which acts as a surrogate value. In mobile payments, **Tokens** are used to protect your payment information and to reduce the security risks inherent to plastic cards." |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | The identification code associated with the user" (i.e. The Samsung Pay token) is stored in the secure element memory (i.e. Samsung TEE secure environment) | <br><br><br>Source: https://developer.samsung.com/tech-insights/pay/token-handling-by-samsung-pay |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | The "identification code associated with the user" (Samsung Pay token) is stored in the secure element memory (i.e. secure storage)<br><br>The secure element is highlighted in the yellow circle to the right.<br><br>It includes secure element memory (TrustZone) which includes Secure element applications ("Trusted App") and identification code ("Tokens"), NFC transceiver (i.e. "NFC Driver") each highlighted in the red circles to the right. **(Refer to Appendix for more details** | **Transaction security**<br><br>Each tokenized transaction includes a nonce (an arbitrary number) used only once by the card network per token. It is authenticated with the cryptogram authentication code. This prevents stolen transaction data from being replayed to make fraudulent purchases. The key difference between traditional magnetic stripe payments and Samsung Pay's tokenized MST and NFC payments is the inability of attackers to replay transactions for payments.<br><br>A user who pays with the Samsung Pay app must select an already enrolled card. Based on the configured authentication type, the Samsung Pay app starts either the Fingerprint TA or Trusted PIN Pad (TPP) TA, then waits for trusted user authentication. Computation of the cryptogram is only allowed after a successful authentication, and only once per authentication.<br><br>Pictured in Figure 6, when transaction authorization reaches the merchant's POS terminal, the terminal forwards the details to the card network. The card network then verifies the authenticity of the transaction by reconstructing the expected cryptogram and comparing it against the one that was passed by the merchant.<br><br><br>Figure 6 Samsung Pay payment initiation workflow<br><br>Source ; https://help.content.samsung.com/csweb/faq/searchFaq.do |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | **about the Secure Element Application)** | "No. Samsung does not store your personal/payment information on a Samsung server or the device. Samsung Pay does not change the way your payment information is stored or handled when you make purchases. Your payment information will continue to be managed by your card network and card issuer. ***Only a device-specific Token***, which is used to replace your sensitive payment information, is stored on the device."<br>Source ; https://help.content.samsung.com/csweb/faq/searchFaq.do<br><br>1. **How does Samsung Pay work?**<br>Each time Samsung Pay is used for a transaction, the Samsung Pay handset sends at least three pieces of information.<br><br>The first is a digital token that represents the credit or debit card information. The digital token is a surrogate credit or debit card number. The digital token's primary purpose is to route transactions to the correct payment network and to the correct issuer.<br>http://security.samsungmobile.com/doc/Press_Guidance_Samsung_Pay.pdf<br><br>Samsung Pay is considered safer than payment cards because it transmits ***one time use data*** at the vast majority of merchants that do not yet have EMV (smart payment) terminals. With Samsung Pay, users do not have to swipe a static magnetic stripe card." http://security.samsungmobile.com/spost.html |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | Samsung Pay stores the identification code associated with the user (i.e. "token", "device specific token" and "digital token", or "surrogate credit or debit card number", "one-time use data") in the secure element memory (ie. Trust zone secure world). | Samsung's Galaxy-class devices supporting KNOX and Samsung Pay employ ARM® TrustZone® technology, a system-on-chip (SoC) security architecture that establishes two hardware-based "worlds" — a **Normal** World and a **Secure** World. The Normal World is where non-secure software and data processing takes place. The Secure World is reserved for storage and computing of sensitive (encrypted) data and the associated cryptographic keys.<br><br>"Near Field Communications (NFC) allows your device to communicate with NFC peripherals. ***Knox enables direct control of the NFC chip embedded in your device.*** This feature is typically enabled by default and can be disabled with a policy" Source: https://docs.samsungknox.com/knox-platform-for-enterprise/admin-guide/nfc.htm<br><br>"This topic describes how to add ***support for NFC with the Knox SDK***. You can control NFC globally or individually on the device / container side. The use of this API requires the caller to have the com.samsung.android.knox.permission.KNOX_HW_CONTROL permission."<br><br>Source: https://docs.samsungknox.com/dev/knox-sdk/nfc.htm<br><br>"By erecting a strong security perimeter between the two worlds, hardware logic present in the TrustZone bus fabric prevents Normal World components from accessing Secure World resources. Pictured in Figure 3, the TrustZone monitor controls switching between worlds. ***Applications that run in the Secure World are called Trusted Apps(TAs).*** |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | The Samsung mobile device includes a secure element (“Trusted Execution Environment”) as shown to the right.<br><br>Since the Secure element applications (“trusted applications”) are preinstalled in the secure element memory (The Samsung “Knox ) Samsung is liable for this. **(Refer** | The combination of TrustZone-based hardware isolation, Trusted Boot and a trusted OS make up the TEE on Samsung devices running Samsung Pay (Figure 4).<br><br><br><br><br>Figure 4. Trusted Execution Environment (high-level view)<br><br>“Shown in Figure 4, ***multiple TAs comprising the Samsung Pay architecture, such as those responsible for communications with the payment networks***, run inside the TEE. There are others as well, including the ***trusted apps*** that handle user authentication and those responsible for managing data encryption and authentication keys for the ***Payment Framework.*** For user authentication, trusted drivers operating in the TEE control access to the fingerprint sensor and the touch sensor for the Trusted PIN Pad. These drivers only allow authentication information to be passed directly to the respective payment network trusted app (for Visa, MasterCard, American Express, et al) inside the TEE.”<br><br>Source: https://developer.samsung.com/tech-insights/pay/token-handling-by-samsung-pay |

| | | | |
|---|---|---|---|
| | | **to Appendix for more details)**<br><br>Samsung stores secure element applications ("trusted applications" ) which are the also ***executed***<br><br>Thus, Samsung Pay "maintains a secure element application configured to use the NFC protocol that is executed in response to a detection of a near field communication inductive signal from an NFC | *Trusted Apps verification*<br><br>Whenever a trusted app is loaded into memory, the TEE performs cryptographic verification of the binary — the app's executable program — to further ensure that ***only authentic Samsung Pay TAs are executed and allowed to access payment credentials***. This check is performed in addition to the initial verification performed when the Samsung Pay app is first installed on the device.<br><br>*Mandatory Access Control (MAC)*<br><br>By employing SE for Android, Samsung Pay enforces MAC to ensure that only the authentic Samsung Pay app is allowed to execute Samsung Pay-specific functionalities, thereby restricting access to trusted apps only.<br><br>SE for Android stops mobile apps from granting themselves extra privileges, prevents apps from sharing too much data, and prevents the bypass of security features.<br><br>*User authentication*<br><br>"This further ensures that only the authentic Samsung Pay ***Trusted Apps are executed and allowed to access the payment credentials***. This is performed in addition to the installation time verification of the Samsung Pay app available on regular Android devices.<br><br>Source: http://www.sisa.samsung.com/research/mobile-payments-and-security |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | terminal configured to use the NFC protocol<br><br><br><br><br><br><br><br><br><br><br>Samsung pay uses NFC not the internet. Thus, Host Emulation Mode would not work without an internet connection. | "NFC stands for "Near Field Communication" and, as the name implies, it enables short-range communication between compatible devices. This requires at least one transmitting device, and another to receive the signal. A range of devices can use the NFC standard and will be considered either passive or active. ***Passive NFC devices include tags, and other small transmitters, that can send information to other NFC devices without the need for a power source of their own***. However, they don't process any information sent from other sources, and can't connect to other passive components. These often take the form of interactive signs on walls or advertisements." Source: https://www.androidauthority.com/what-is-nfc-270730/<br><br>"***You don't need an internet connection*** to actually pay at stores, since otherwise it would be rather useless compared to a physical card. But you can only make a maximum of ten transactions without an internet connection. You also need to be connected to the internet to be able to add cards to Samsung Pay. The same goes for viewing your transaction history." Source: https://www.sammobile.com/samsung-pay<br><br>"**Do I need to have an active internet connection for Samsung Pay to work?**<br>FAQ<br><br>Samsung Pay requires an active internet connection for card registration and activation. However, an active internet connection is not required to make in-store purchases. Ideally, the device should connect to the internet once per day to ensure that Samsung Pay stays up to date. Most cards will allow you to make up to 10 transactions before you will need to connect to the internet and refresh the Samsung Pay information.<br><br>Source: https://help.content.samsung.com/csweb/faq/searchFaq.do |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

<table>
<tr>
<td></td>
<td></td>
<td>For example, Samsung Pay is used with a Galaxy 8 phone to make a purchase at Walgreens while the phone is in airplane mode (see airplane is circled) and thus did not have an internet connection as shown to the right.<br><br>Thus, Host Card Emulation (HCE) is not used since HCE requires an internet connection.</td>
<td>
<br>Source: Samsung Pay on Samsung Galaxy Phone</td>
</tr>
</table>

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| 10[e3] | and further wherein the identification code ~~is~~ transmitted to a server for processing the near field communication transaction using a payment method that corresponds to the identification code; and | The NFC terminal (i.e. terminal or NFC POS) forwards the first transaction information (i.e. details) to the remote management server which transmits second transaction information to the transaction server (i.e. card network) | **Transaction security**<br><br>Each tokenized transaction includes a nonce (an arbitrary number) used only once by the card network per token. It is authenticated with the cryptogram authentication code. This prevents stolen transaction data from being replayed to make fraudulent purchases. The key difference between traditional magnetic stripe payments and Samsung Pay's tokenized MST and NFC payments is the inability of attackers to replay transactions for payments.<br><br>A user who pays with the Samsung Pay app must select an already enrolled card. Based on the configured authentication type, the Samsung Pay app starts either the Fingerprint TA or Trusted PIN Pad (TPP) TA, then waits for trusted user authentication. Computation of the cryptogram is only allowed after a successful authentication, and only once per authentication.<br><br>Pictured in Figure 6, when transaction authorization reaches the merchant's POS terminal, the terminal forwards the details to the card network. The card network then verifies the authenticity of the transaction by reconstructing the expected cryptogram and comparing it against the one that was passed by the merchant.<br><br><br><br>Figure 6 Samsung Pay payment initiation workflow |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | The first transaction information including the identification code associated with the user (i.e. token data) is transmitted to the NFC terminal (Merchant POS) which forwards the identification code associated with the user (i.e. token data) to the remote management server (i.e. Merchant Acquirer)<br><br>The remote management server (Merchant Acquirer and payment network/TSP ) identify the PAN associated with the identification code associated with the user (token) and sends it to the transaction server (i.e. Issuer ) and processes (authorizes) the transaction | <br>Source: page 15 of "Samsung_Pay_Will_Transform_the_Mobile_Wallet_Experience-0"Figure 6 Samsung Pay payment initiation workflow |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | The "actual card number" is the payment method which is a credit card, debit card, or prepaid card per dependent claim #7 & #22.<br><br>Thus, the payment method is maintained at the remote management server. | Tokenization is a method of protecting payment card information by substituting the card's number with a unique alphanumeric identifier, generated using proprietary algorithms. The unique identifier, or token, is then used for sending the transaction to the card's payment network, where it is decrypted and the transaction authorized. ***The actual card number is stored in a secure vault (with the payment processor or bank) and does not reside on the merchant's or Samsung's systems***. Tokenization is being used to reduce security risks inherent in the collection and transfer of highly sensitive data between merchants and the card's payment network. Tokenized data is not mathematically reversible and is useless unless you have the original key used to create the token, limiting the chance of your payment information being stolen or compromised. The transaction is seamless and requires no changes on the part of the merchant"<br>Source: http://www.samsung.com/us/support/answer/ANS00043866/997409685/<br><br>"Are my credit/debit card number actually stored on the Samsung Pay server? No. ***The card number is encrypted and passed to the payment card network's (i.e., Visa®, MasterCard®, or American Express®) tokenization server***. After processing, a token is assigned to your device, and this token is used in place of the card number. This token information is stored on the Samsung Pay server and a copy is stored on your device. ***Your card number is not kept on the Samsung Pay server***."<br><br>Source: http://www.samsung.com/us/support/answer/ANS00043872/997403632/1<br><br>***Samsung is directly liable for this step. A person can be held liable for the infringing acts of another "when an alleged infringer conditions participation in an activity or receipt of a benefit upon performance of a step or steps of a patented method and establishes the manner or timing of that performance." Akamai v. Limelight, No. 2009-1372, 2015 U.S. App. LEXIS 14175 (Fed. Cir. Aug. 13, 2015) ) (en banc). Samsung conditions a merchant's acceptace of Samsung Pay on installing an NFC reader at the point of sale and fowarding the Token to a server at the customer's credit or debit card bank. In this arrangement, the Token (i.e., the identification code) is transferred from the NFC terminal to a server a the merchant's bank (the "remote management server"). From here, theToken is transferred to a server at the issuing bank (i.e., the transaction server at the bank that issued the customer's card) wherein the transaction is processed.*** |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 10[f] | an NFC transceiver configured to use the NFC protocol through the second communication channel. | Samsung Pay transmits data to NFC terminals (The "payment terminals with the NFC readers" and "NFC enabled payment terminal" )<br><br>The identification code associated with a user (ie. The "payment data", "credit or debit card information", and "payment credentials") is the first transaction information | "Near Field Communication or NFC is a method of wirelessly transmitting data using radio waves. ***Samsung Pay uses NFC to wirelessly transmit payment data to payment terminals with NFC readers*** that have been activated for use. Source: https://help.content.samsung.com/csweb/faq/searchFaq.do<br><br>Samsung Pay uses NFC technology to transfer a ***credit or debit card's information to a NFC-enabled payment terminal, just like how an NFC-enabled card would work***." Source: https://www.sammobile.com/samsung-pay<br><br>Near Field Communication or NFC is a method of wirelessly transmitting data using radio waves. Samsung Pay uses<br>***NFC to wirelessly transmit payment data to payment terminals with NFC readers that have been activated for use***. Source: https://help.content.samsung.com/csweb/faq/searchFaq.do<br><br>This further ensures that only the authentic Samsung Pay ***Trusted Apps are executed and allowed to access the payment credentials***. This is performed in addition to the installation time verification of the Samsung Pay app available on regular Android devices. Source: http://www.sisa.samsung.com/research/mobile-payments-and-security |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | The secure element memory (i.e. TEE of the KNOX ) also stores the identification code associated with the user (i.e. Tokens )and secure element applications (trusted applications )<br><br>The NFC transceiver is the Samsung's NFC antenna.<br><br>Thus, Samsung pay uses an NFC transceiver configured to use the NFC protocol that transmits, using the secure element application, first transaction information | About NFC \| Using the NFC feature \| NFC detection area<br><br>**About NFC**<br><br>Your device allows you to read near field communication (NFC) tags that contain information about products. You can also use this feature to make payments and buy tickets for transportation or events after downloading the required apps.<br><br>ⓘ The battery contains a built-in NFC antenna. Handle the battery carefully to avoid damaging the NFC antenna.<br><br>**Before using this feature**<br><br>• Check the location of the NFC antennas on your device and the other device.<br>• Ensure that the NFC feature is activated on your device and the devices you want to connect to.<br>• Ensure that the device's screen is unlocked. Otherwise, the device will not read NFC tags or receive data.<br><br>**Source:** https://www.samsung.com/hk_en/nfc-support/ |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | including the identification code associated with the user through a second communication channel to an NFC terminal during an NFC inductive interaction between the secure element and the NFC terminal,<br><br>The NFC transceiver is the Samsung's NFC antenna |  <br>**Source:** https://www.samsung.com/hk_en/nfc-support/ |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| | | | |
|---|---|---|---|
| | | The NFC transceiver is the Samsung's NFC antenna |    **Source:** https://www.samsung.com/hk_en/nfc-support/ |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 14 | The mobile device of claim 10, further wherein a digital artifact is delivered from the server to the mobile device using the first communication channel | Samsung Pay displays digital artifacts (e.g. recipts) as shown in the image to the right. | <br>Source: https://www.samsung.com/us/support/answer/ANS00044981/ |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

| No | CLAIM ELEMENT | ANALYSIS | EVIDENCE OF USE |
|---|---|---|---|
| 15 | The mobile device of claim 14, wherein the digital artifact comprises an advertisement, receipt, ticket, coupon, media, metadata and/or content. | Samsung Pay displays digital artifacts (e.g. recipts) as shown in the image to the right. | <br>Source: https://www.samsung.com/us/support/answer/ANS00044981/ |

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

## APPENDIX

Samsung's default secure element application" works automatically when the user taps their phone at checkout unless the user chooses a different app as shown below:



Settings

### NFC and payment

Near Field Communication (NFC) allows you to communicate with another device without connecting to a network. This technology is used by Android Beam and certain payment apps.

- From Settings, tap **Connections** > **NFC and payment**, and then tap to turn on this feature.

TIP The device that you are transferring to needs to support NFC, and it needs to be within four centimeters of your device.

#### Android Beam

Use Android Beam to share photos, contacts, or other data between NFC-enabled devices.

1. From Settings, tap **Connections** > **NFC and payment**, and then tap to turn on NFC.
2. Tap **Android Beam**, and then tap to turn on this feature.

TIP When sharing a file, tap **Android Beam** to use this feature.

#### Tap and pay

Use an NFC payment app to make payments by touching your device to a compatible credit card reader.

1. From Settings, tap **Connections** > **NFC and payment**, and then tap to turn on NFC.
2. Tap **Tap and pay** > **Payment** to see the default payment app.
   - To use another payment app when it is open instead of the default app, tap **Tap and pay with open apps**.
   - To set another payment app as the default, tap **Others**, and then tap the app you prefer.

TIP NFC technology is used with **Samsung Pay**. Turn on this feature to see how easy and secure it is to use your device to make payments.

106

Source: https://www.samsung.com/us/support/downloads/

If the secure element application" was not pre-installed, it would also be too time consuming to download it, integrate it, sign in and process the transaction as shown in the payment flow below,

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021




*See*

[Samsung Pay Will Transform The Mobile Wallet Experience-0 | Near Field Communication | Point Of Sale (scribd.com)]()

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

Additional technical details are set forth below:

1) The Samsung Trusted Execution Environment (“Secure element”) loads the Trusted Payment Apps (“Secure element applications”) from storage into memory at run time as described in step #5 below.

The Samsung Pay App is pre-installed on, for example, in the memory of the Galaxy 8 as shown below

https://www.samsung.com/global/galaxy/galaxy-s8/specs/




2) The Samsung Pay App which is preinstalled on the mobile device interfaces with the S***amsung Trusted Payment Apps ( “Secure element applications” ),*** which are also pre-installed in the Trusted Execution Environment of the Samsung Knox Chip ( “Secure element” ) as shown below.

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021




Figure 4. Trusted Execution Environment (high-level view)

> "Shown in Figure 4, ***multiple TAs comprising the Samsung Pay architecture, such as those responsible for communications with the payment networks***, run inside the TEE. There are others as well, including the ***trusted apps*** that handle user authentication and those responsible for managing data encryption and authentication keys for the ***Payment Framework.*** For user authentication, trusted drivers operating in the TEE control access to the fingerprint sensor and the touch sensor for the Trusted PIN Pad. These drivers only allow authentication information to be passed directly to the respective payment network trusted app (for Visa, MasterCard, American Express, et al) inside the TEE."

*See* https://developer.samsung.com/tech-insights/pay/token-handling-by-samsung-pay

3) The TEE ("secure element") signs the pre-installed Trusted Payment Apps ("secure element apps) with a cryptographic key as shown below.

### *a. Trusted Apps verification*

Whenever a trusted app is loaded into memory, the TEE performs cryptographic verification of the binary — the app's executable program — to further ensure that ***only authentic Samsung Pay TAs are executed and allowed to access payment credentials***. This check is performed in addition to the initial verification performed when the Samsung Pay app is first installed on the device.

### *b. Mandatory Access Control (MAC)*

By employing SE for Android, Samsung Pay enforces MAC to ensure that only the authentic Samsung Pay app is allowed to execute Samsung Pay-specific functionalities, thereby restricting access to trusted apps only.

SE for Android stops mobile apps from granting themselves extra privileges, prevents apps from sharing too much data, and prevents the bypass of security features.

### *c. User authentication*

"This further ensures that only the authentic Samsung Pay ***Trusted Apps are executed and allowed to access the payment credentials***. This is performed in addition to the installation time verification of the Samsung Pay app available on regular Android devices.

*See* http://www.sisa.samsung.com/research/mobile-payments-and-security

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

4) The Samsung cryptographic certificate and API is also pre-installed on the TEE ("secure-element") is shown below:

> " SCrypto is secure library which is used to provide a standardized common ***cryptographic API to trusted applications for the secure world/TEE environment***."

See https://csrc.nist.gov/projects/cryptographic-module-validation-program/certificate/3791 located at https://www.samsungknox.com/en/knox-platform/knox-certifications



https://csrc.nist.gov/CSRC/media/projects/cryptographic-module-validation-program/documents/certifica...

Contents 1 of 3 Page view Read aloud Draw Highlight Erase

**FIPS 140-2 Consolidated Validation Certificate**

The National Institute of Standards and Technology of the United States of America

FIPS VALIDATED 140-2 TM

The Canadian Centre for Cyber Security

**January 2021**

The National Institute of Standards and Technology, as the United States FIPS 140-2 Cryptographic Module Validation Authority; and the Canadian Centre for Cyber Security, as the Canadian FIPS 140-2 Cryptographic Module Validation Authority; hereby validate the FIPS 140-2 testing results of the cryptographic modules listed below in accordance with the Derived Test Requirements for FIPS 140-2, Security Requirements for Cryptographic Modules. FIPS 140-2 specifies the security requirements that are to be satisfied by a cryptographic module utilized within a security system protecting Sensitive Information (United States) or Protected Information (Canada) within computer and telecommunications systems (including voice systems).

Products which use a cryptographic module identified below may be labeled as complying with the requirements of FIPS 140-2 so long as the product, throughout its life-cycle, continues to use the validated version of the cryptographic module as specified in this consolidated certificate. The validation report contains additional details concerning test results. No reliability test has been performed and no warranty of the products by both agencies is either expressed or implied.

FIPS 140-2 provides four increasing, qualitative levels of security: Level 1, Level 2, Level 3, and Level 4. These levels are intended to cover the wide range and potential applications and environments in which cryptographic modules may be employed. The security requirements cover eleven areas related to the secure design and implementation of a cryptographic module.

The scope of conformance achieved by the cryptographic modules as tested are identified and listed on the Cryptographic Module Validation Program website. The website listing is the official list of validated cryptographic modules. Each validation entry corresponds to a uniquely assigned certificate number. Associated with each certificate number is the module name(s), module versioning information, applicable caveats, module type, date of initial validation and applicable revisions, Overall Level, individual Levels if different than the Overall Level, FIPS-approved and other algorithms, vendor contact information, a vendor provided description and the accredited Cryptographic Module Testing laboratory which performed the testing.

Signed on behalf of the Government of the United States
Signature: Gavin O'Brien
Dated: 02/19/2021
Chief, Computer Security Division
National Institute of Standards and Technology

Signed on behalf of the Government of Canada
Signature:
Dated: 2021-02-09
Director, Risk Mitigation Programs
Canadian Centre for Cyber Security

TM: A Certification Mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian Governments

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021




http://csrc.nist.gov/Projects/Cryptographic-Module-Validation-Program/Validated-Modules

| Certificate Number | Validation / Posting Date | Module Name(s) | Vendor Name | Version Information |
|---|---|---|---|---|
| 3788 | 01/05/2021 | NITROXIII CNN35XX-NFBE HSM Family | Marvell | Hardware Version: P/Ns CNL3560P-NFBE-G, CNL3560-NFBE-G, CNL3530-NFBE-G, CNL3510-NFBE-G, CNL3510P-NFBE-G, CNN3560P-NFBE-G, CNN3560-NFBE-G, CNN3530-NFBE-G, CNN3510-NFBE-G, Version HW-1.0 and CNL3560P-NFBE-2.0-G, CNL3560-NFBE-2.0-G, CNL3530-NFBE-2.0-G, CNL3510-NFBE-2.0-G, CNL3510P-NFBE-2.0-G, CNL3560PB-NFBE-2.0-G, CNL3560B-NFBE-2.0-G, CNL3530B-NFBE-2.0-G, CNL3510B-NFBE-2.0-G, CNL3510PB-NFBE-2.0-G, CNN3510LP-NFBE-2.0-G and CNN3510LPB-NFBE-2.0-G, Version HW-2.0; Firmware Version: CNN35XX-NFBE-FW-2.06 build 05 and CNN35XX-NFBE-FW-2.06 build 06 |
| 3789 | 01/06/2021 | Cisco ASA Cryptographic Module | Cisco Systems, Inc. | Hardware Version: FPR4110-ASA-K9, FPR4115-ASA-K9, FPR4120-ASA-K9, FPR4125-ASA-K9, FPR4140-ASA-K9, FPR4145-ASA-K9, FPR4150-ASA-K9, FPR9K-SM-24, FPR9K-SM-36, FPR9K-SM-40, FPR9K-SM-44, FPR9K-SM-48 and FPR9K-SM-56; Firmware Version: 9.12 |
| 3790 | 01/06/2021 | Cisco FIPS Object Module | Cisco Systems, Inc. | Firmware Version: 7.2 |
| 3791 | 01/11/2021 | Samsung SCrypto Cryptographic Module | Samsung Electronics Co., Ltd. | Software Version: 2.5 |
| 3792 | 01/13/2021 | NRevenector 2018 | FP InovoLabs GmbH | Hardware Version: 58.0036.0301.00 and 58.0036.0302.00; Firmware Version: Bootloader 90.0036.0401.00/2019141001 |
| 3793 | 01/20/2021 | iStorage datAshur PROÂ² Level 3 Secure Storage Drive | iStorage Ltd. | Hardware Version: IS-FL-DP2-256-4, IS-FL-DP2-256-8, IS-FL-DP2-256-16, IS-FL-DP2-256-32, IS-FL-DP2-256-64, IS-FL-DP2-256-128, IS-FL-DP2-256-256, and IS-FL-DP2-256-512; Firmware Version: EC Firmware version IS_EC_FW_505_1X and SC Firmware version 2.5 |
| 3794 | 01/21/2021 | Red Hat Enterprise Linux 8 Kernel Crypto API Cryptographic Module | Red Hat(R), Inc. | Software Version: rhel8.20190926 |
| 3795 | 01/21/2021 | Cisco Firepower 4100 and Cisco Firepower 9300 Series | Cisco Systems, Inc. | Hardware Version: FPR4110-NGFW-K9[1], FPR4115-NGFW-K9[1], FPR4120-NGFW-K9[1], FPR4125-NGFW-K9[1], FPR4140-NGFW-K9[1], FPR4145-NGFW-K9[1], FPR4150-NGFW-K9[1], FPR9K-Sup (SM-24)[2], FPR9K-Sup (SM-36)[2], FPR9K-Sup (SM-40)[2], FPR9K-Sup (SM-44)[2], FPR9K-Sup (SM-48)[2] and FPR9K-Sup (SM-56)[2] with FIPS Kit (Cisco_TEL.FIPS_Kit), and opacity shield 69-100250-01[1] or 800-102843-01[2]; Firmware Version: 2.6 |
| 3796 | 01/25/2021 | IDPrime 930 / 3930 | Thales | Hardware Version: SLE78CFX400VPH - A1977038, SLE78CLFX400VPH - A1714221, SLE78CFX400VPH - A2023188 and SLE78CFX400VPH - A2410334; Firmware Version: IDCore3130 - Build 11D, IDPrime 930/3930 Applet V4.5 and MSPNP Applet V1.2 |
| 3797 | 01/25/2021 | SUSE Linux Enterprise Server OpenSSL Cryptographic Module | SUSE, LLC | Software Version: 4.0 |

See https://csrc.nist.gov/CSRC/media/projects/cryptographic-module-validation-program/documents/certificates/January%202021_080221_0323_signed.pdf

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

5) Because Samsung's TEE ("Secure element") loads the Trusted Payment Applications ("Secure element applications") into the TEE memory from the TEE storage at runtime after verifying the cryptographic signature, the Trusted Payment Applications ("Secure element applications") are pre-installed in the TEE ("Secure element") as described below.

The TOE protects access to the REK and derived HEK to only trusted applications[7] within the TEE (TrustZone). The TOE key manager includes a TEE module that utilizes the HEK to protect all other keys in the key hierarchy. All TEE applications are cryptographically signed, and when invoked at runtime (at the behest of an untrusted application), the TEE will only load the trusted application after successfully verifying its cryptographic signature. Furthermore, the device encryption library checks the integrity of the system by checking the result from both Secure Boot/SecurityManager and from the Integrity Check Daemon before servicing any requests. Without this TEE application, no keys within the TOE (including keys for ScreenLock, the keystore, and user data) can be successfully decrypted, and thus are useless.

*See, e.g.*, page 80 of https://www.niap-ccevs.org/MMO/ProductAM/st_vid10979-st-2.pdf found at" Samsung Galaxy Devices on Android 9" or https://www.niap-ccevs.org/Product/Maint.cfm?AMID=1469&PID=10979 located at https://www.samsungknox.com/en/knox-platform/knox-certifications (Refer to Appendix B for excerpts from the document).

Samsung's documents further suggest that even the REK is Rook Encryption Key that is used to sign the Trusted Payment Applications ("Secure element applications") is pre-installed during manufacturing or fabrication as shown below.

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021

**FCS_CKM_EXT.1**

The TOE supports a Root Encryption Key (REK) within the main (application) processor. Requests for encryption or decryption chaining to the REK are only accessible through the Trusted Execution Environment, or TEE (TrustZone). The REK lies in a series of 256-bit fuses, programmed during manufacturing. The TEE does not allow direct access to the REK but provides services to derive a HEK (Hardware Encryption Key, which is derived from the REK through a KDF function) for encryption and decryption.

The REK value is generated during manufacturing either by the TOE (if it detects that the REK fuses have not been set) using its hardware DRBG or is generated during fabrication using an external RBG that meets the requirements of this PP in that the process utilizes a SHA-256 Hash_DRBG seeded by a hardware entropy source identical in architecture to that within the TOE. This fabrication process includes strict controls (including physical and logical access control to the manufacturing room where programming takes place as well as video surveillance and access only to specific, authorized, trusted





individuals) to ensure that the fabricator cannot access any REK values between generation and programming.

*See, e.g.*, page 58 of https://www.niap-ccevs.org/MMO/ProductAM/st_vid10979-st-2.pdf found at" Samsung Galaxy Devices on Android 9" or https://www.niap-ccevs.org/Product/Maint.cfm?AMID=1469&PID=10979 located at https://www.samsungknox.com/en/knox-platform/knox-certifications (Refer to Appendix B for excerpts from the document).

6) Because Samsung complied with the security evaluation, it was issued a Common Criteria Certificate (shown below) that enabled Samsung to distribute its mobile devices with the Trusted Payment Apps ("secure element apps) preinstalled in the TEE ("Secure element").

> "All products evaluated under NIAP must demonstrate exact compliance to the applicable Protection Profile(s). NIAP validates the results of the security evaluation conducted by the CCTL, if the evaluation is successful, issues a Common Criteria certificate."

https://www.niap-ccevs.org/Ref/FAQ.cfm#cat27

EXEMPLARY COMPARISON 7, OF NFC CLAIM TO SAMSUNG PAY
U.S. Patent No. 9652771
September 13, 2021




National Information Assurance Partnership

**Common Criteria Certificate**

*is awarded to*

**Samsung Electronics Co., Ltd.**

*for*

**Samsung Galaxy Devices on Android 9**

CCRA recognition for components up to EAL 2 and ALC_FLR only

Common Criteria

The IT product identified in this certificate has been evaluated at an accredited testing laboratory using the Common Methodology for IT Security Evaluation (Version 3.1) for conformance to the Common Criteria for IT Security Evaluation (Version 3.1). This certificate applies only to the specific version and release of the product in its evaluated configuration. The product's functional and assurance security specifications are contained in its security target. The evaluation has been conducted in accordance with the provisions of the NIAP Common Criteria Evaluation and Validation Scheme and the conclusions of the testing laboratory in the evaluation technical report are consistent with the evidence adduced. This certificate is not an endorsement of the IT product by any agency of the U.S. Government and no warranty of the IT product is either expressed or implied.

**Date Issued: 2019-08-02**

**Validation Report Number: CCEVS-VR-VID10979-2019**

**CCTL: Gossamer Security Solutions**

**Assurance Level: PP Compliant**

**Protection Profile Identifier:**
**PP-Module for VPN Client Version 2.1**
**Protection Profile for Mobile Device Fundamentals Version 3.1**
**Extended Package for Wireless LAN Client Version 1.0**

Original Signed By

***Director, Common Criteria Evaluation and Validation Scheme***
National Information Assurance Partnership