# EXEMPLARY COMPARISON TO SAMSUNG GALAXY STORE
U.S. Patent No. 10699259
September 13, 2021

## Independent Claim 1:

1.A method for processing a transaction, comprising:

[a1]maintaining a non-browser based application in a mobile device memory included in a mobile device, wherein the non-browser based application is a mobile operating system platform based mobile application with a graphical user interface which includes a graphical icon that is preinstalled or downloaded and installed on the mobile device, wherein the non-browser based application only generates a non-browser based application generated screen, the non-browser based application generated screen corresponding to a specific screen or area of the non-browser based application,

[a2] the mobile device comprising the mobile device memory, a mobile device display, a mobile device processor, and a mobile device wireless radio interface, a mobile device wireless fidelity (Wi-Fi) interface that supports voice and data interactions through a first wireless communication channel device using at least one of GSM and CDMA;

[b] receiving, at the non-browser based application generated screen, a list of products from a remote management server for display using the non-browser based application;

[c] receiving, at the non-browser based application generated screen, an identification of one or more products selected from the list of products from non-browser based application generated screen, wherein the non-browser based application generated screen receives the identification of the one or more products selected from the list of products through user input via the mobile device display;

[d] sending, from the non-browser based application generated screen, the identification of one or more products to the remote management server;

[e] receiving a transaction purchase request from the non-browser based application generated screen, wherein the non-browser based application generated screen receives the transaction purchase request through user input via the mobile device display;

[f]] sending, from the non-browser based application generated screen, the transaction purchase request to the remote management server;

[g] receiving user input login information including an identification code associated with the user from the non-browser based application generated screen, wherein the non-browser based application receives the user input login information through user input via the mobile device display;

[h] sending, from the non-browser based application generated screen, the user input login information to the remote management server;

[i1] receiving information authenticating the user associated with the user input login information from the remote management server and

[i2] further wherein the remote management server receives a transaction verification from a transaction server which processes the transaction using a payment method that corresponds to the identification code associated with the user,

[i3]wherein the payment method is stored at the remote management server; wherein the transaction verification indicates that the transaction has processed~~.~~ and

[j] receiving, at the mobile device, the one or more products from the remote management server.

**Dependent Claim 5:** The method of claim 1, further wherein after the transaction has processed, a digital artifact is sent to the non-browser based application for display on the non-browser based application.

**Dependent Claim 6:** The method of claim 5, wherein the digital artifact comprises a receipt, advertisement, coupon, content, media, or a ticket.

**Dependent Claim 15**: The method of claim 1, wherein the non-browser based application enables the user to access the digital artifact when there is no network connection.

**Dependent Claim 18**: The method of claim 1, further wherein the non-browser based application generated screen is operative even if the mobile device is not connected a network.

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1 | A method for processing a transaction, comprising: | Samsung practices a method for processing a transaction through use of its Samsung Galaxy Store non-browser based application |  <br>Source: [https://www.samsung.com/us/support/answer/ANS00076970/](https://www.samsung.com/us/support/answer/ANS00076970/) |
| 1[a] | maintaining a non-browser based application in a mobile device memory included in a mobile device, wherein the non-browser based application is a mobile operating system platform based mobile application with a graphical user interface which includes a graphical icon that is preinstalled or downloaded and installed on the | Samsung practices this since the Samsung Galaxy Store is a non-browser based mobile application with a graphical user interface including a graphical icon as shown to the right.<br><br>Samsung practices this since the Galaxy Store is available for download on Samsung phones as shown to the right |       |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| | mobile device, wherein the non-browser based application only generates a non-browser based application generated screen, the non-browser based application generated screen corresponding to a specific screen or area of the non-browser based application, | Samsung practices that Samsung Galaxy Store is a non-browser based App as shown to the right which lists all "Apps". |  |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| | | The Samsung Galaxy Store web browser with the URL is shown in the first column to the right.<br><br>In contrast, the Samsung Galaxy Store non-browser based app preinstalled on the mobile device is shown in the second column to the right . | **Samsung Galaxy Store Web Browser**<br>https://www.samsung.com/us/apps/galaxy-store/<br><br><br>**Samsung Galaxy Store Non-Browser App**<br> |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1 [a2] | the mobile device comprising the mobile device memory, a mobile device display, a mobile device processor, and a mobile device wireless radio interface, a mobile device wireless fidelity (Wi-Fi) interface that supports voice and data interactions through a first wireless communication channel device using at least one of GSM and CDMA; | Samsung phones include a display, a processor, a transceiver supporting both voice and data interactions through a communication channel, and a Wi-Fi transceiver as shown to the right<br><br>It is well known that Samsung based mobile devices also include these components. | Performance<br><br>AP — Octa-core (2.3GHz Quad + 1.7GHz Quad), 64 bit, 10nm processor<br>Octa-core (2.35GHz Quad + 1.9GHz Quad), 64 bit, 10nm processor<br>*May differ by country and carrier.<br><br>Memory — 4GB RAM (LPDDR4)<br>64GB<br>*May differ by country and carrier.<br>*User memory is less than the total memory due to storage of the operating system and software used to operate the device features. Actual user memory will vary depending on the operator and may change after software upgrades are performed.<br><br>Network & Connectivity — LTE Cat.16<br>*May differ by markets and mobile operators.<br><br>Wi-Fi 802.11 a/b/g/n/ac (2.4/5GHz),VHT80 MU-MIMO,1024QAM<br>Bluetooth® v 5.0 (LE up to 2Mbps), ANT+, USB type-C, NFC, Location (GPS, Galileo, Glonass, BeiDou)<br>*Galileo and BeiDou coverage may be limited.<br><br>Source<br><br>: https://www.samsung.com/global/galaxy/galaxy-s8/specs/: |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1 [b] | receiving, at the non-browser based application generated screen, a list of products from a remote management server for display using the non-browser based application; | Samsung Galaxy Store non-browser based receives a list of products from the Samsung Server and displays the list as shown to the right. | <br><br>Source: Samsung Gallery non-browser ased App |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1[c] | receiving, at the non-browser based application generated screen, an identification of one or more products selected from the list of products from non-browser based application generated screen, wherein the non-browser based application generated screen receives the identification of the one or more products selected from the list of products through user input via the mobile device display; | The Samsung Galaxy non-browser based App enables the user to select, for example, "The Daily Note" App is selected as shown to the right. | <br>Source: Samsung Gallery non-browser based App |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
| --- | --- | --- | --- |
| 1 [e] | receiving a transaction purchase request from the non-browser based application generated screen, wherein the non-browser based application generated screen receives the transaction purchase request through user input via the mobile device display; | Samsung practices this method because by pressing the "Pay now" button , is equivalent receiving a transaction purchase request from the Samsung Galaxy non-browser based application. |  |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1 [f] | sending, from the non-browser based application generated screen, the transaction purchase request to the remote management server; | Samsung practices this method because by pressing the "Pay now" button , is equivalent sending the  transaction purchase request from the Samsung Galaxy non-browser based application. |   |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1 [g] | receiving user input login information including an identification code associated with the user from the non-browser based application generated screen, wherein the non-browser based application receives the user input login information through user input via the mobile device display; | Samsung practices this method because Samsung Galaxy Store non-browser based App provides the Samsung ID and enables the user to enter their password as shown to the right. |   |
| | Dependent Claim 4 recites, "The method of claim 1, wherein the user input login information includes biometric data." | Samsung practices this by enabling biometric input using "Samsung Pass" as shown to the right. | "Samsung Pass is a secure and easy way to use your biometrics to sign in to websites and apps on your phone. Once you scan your fingerprints, you can sign in without typing in your ID and password. With Samsung Pass, there's no need to memorize all those IDs and passwords for all your accounts."<br>https://www.samsung.com/us/support/answer/ANS00066601/<br><br>"Samsung Pass is a convenient and secure way to log into your accounts through biometric authentication. You can save sign-in information for online accounts and also use Autofill to populate your address and payment cards to make your online checkout easier. Once your account information is registered, you can use iris, fingerprint, or face recognition to sign in like magic – you never have to deal with memorizing your login information."<br>https://www.samsung.com/us/support/answer/ANS00082282/ |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| [1h] | sending, from the non-browser based application generated screen, the user input login information to the remote management server; | Samsung practices this method because Samsung Galaxy Store App provides the Samsung ID and enables the user to enter their password as shown to the right. |  |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| [1i1] | receiving information authenticating the user associated with the user input login information from the remote management server and | When the user is authenticated, the Samsung server downloads the "Daily Note" App from the Samsung Server and can uninstall it as shown to the right |  |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| [1i2] | further wherein the remote management server receives a transaction verification from a transaction server which processes the transaction using a payment method that corresponds to the identification code associated with the user, | The figure shown to the right is an illustration demonstrating the steps generally involved in processing a transaction, including Samsung receiving receipt of a transaction verification from a bank as depicted in Step #7 in the figure to the right. |  Source: http://visual.ly/how-online-credit-card-processing-really-works-9-steps |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| [1i3] | wherein the payment method is stored at the remote management server; wherein the transaction verification indicates that the transaction has processed. and | Samsung practices this method by storing the payment method at the Galaxy Store server as shown to the right. | https://www.samsung.com/us/support/answer/ANS00076970/<br>**How do I purchase an app?**<br>Apps can be purchased with a **credit or debit card**, Samsung Pay, or phone billing.<br>**Note**: Phone billing is only available in certain territories and at the seller's discretion.<br>**How do I edit my credit card information in Galaxy Store?**<br>To register or change your credit card information, open **Galaxy Store**. Tap **Menu**, and then tap **Payment methods**. Follow the on-screen instructions to register or change your credit card information.<br>Source: https://www.samsung.com/us/support/answer/ANS00076970/ |
| [j] | receiving, at the mobile device, the one or more products from the remote management server. | When the user is authenticated, the Samsung server downloads the "Daily Note" App from the Samsung Server and can uninstall it as shown to the right |   |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 5 | The method of claim 1, further wherein after the transaction has processed, a digital artifact is sent to the non-browser based application for display on the non-browser based application. | Samsung practices this method since the user can select "Receipts" from the main menu of the Samsung Galaxy Store non-browser based App as displayed in the first image to the right.<br><br>A screen with all receipts is displayed in the second image to the right.<br><br>A more detailed receipt is displayed in the third image to the right. | <br>Source: Samsung Galaxy Store non-browser based App<br><br>Also, Samsung describes the following:<br>You can find previously downloaded apps, as well as purchased apps at any time from the My Apps section of Galaxy Store. However, you may be unable to redownload an app if there have been contractual changes with the seller, fatal errors in the app, or any other reason that caused the app's services to be disabled.<br><br>Source: https://www.samsung.com/us/support/answer/ANS00076970/ |

<table>
<tr><th>CLAIM LIMITATION NO.</th><th>CLAIM</th><th>ANALYSIS</th><th>SELECT EVIDENCE</th></tr>
<tr>
<td>6</td>
<td>The method of claim 5, wherein the digital artifact comprises a receipt, advertisement, coupon, content, media, or a ticket.</td>
<td>Samsung practices this method since the user can select “Receipts” from the main menu of the Samsung Galaxy Store non-browser based application as displayed in the first image to the right.<br><br>A screen with all receipts is displayed in the second image to the right.<br><br>A more detailed receipt is displayed in the third image to the right.</td>
<td>




Source: Samsung Galaxy Store non-browser based App

Also, Samsung describes the following:

You can find previously downloaded apps, as well as purchased apps at any time from the My Apps section of Galaxy Store. However, you may be unable to redownload an app if there have been contractual changes with the seller, fatal errors in the app, or any other reason that caused the app's services to be disabled.

Source: https://www.samsung.com/us/support/answer/ANS00076970/

</td>
</tr>
</table>

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 18 | The method of claim 1, further wherein the non-browser based application generated screen is operative even if the mobile device is not connected a network. | When the Samsung Galaxy Store non-browser based App is in airplane mode (as depicted by the airplane) /not connected to a network, the Samsung Galaxy Store non-browser based App, for example, enables the user to view the detailed receipt (digital artifact), select the back button to view the main receipts screen, and select the back button again to the main menu as shown to the right.<br><br>Thus, the Samsung Galax non-browser based App is operative if the mobile device is not connected to a network. | <br>Source: Samsung Galaxy Store non-browser based App |

<table>
<tr><th>CLAIM LIMITATION NO.</th><th>CLAIM</th><th>ANALYSIS</th><th>SELECT EVIDENCE</th></tr>
<tr><td>15</td><td>The method of claim 1, wherein the non-browser based application enables the user to access the digital artifact when there is no network connection.</td><td>When the Samsung Galaxy Store non-browser based App is in airplane mode (as depicted by the airplane) /not connected to a network, the Samsung Galaxy Store non-browser based App, for example, enables the user to view the detailed receipt (digital artifact), select the back button to view the main receipts screen, and select the back button again to the main menu as shown to the right.<br><br>Thus, the Samsung Galaxy Store non-browser based App enables the user to access the digital artifact when there is no network connection.</td><td>
<br>Source: Samsung Galaxy Store non-browser based App</td></tr>
</table>