# EXEMPLARY COMPARISON TO SAMSUNG GALAXY STORE
U.S. Patent No. 10825007
September 13, 2021

## Independent Claim 1:

1.A method for processing a transaction, comprising:

[a1] receiving, at a transaction server, a payment method that corresponds to an identification code associated with a user from a remote management server, wherein prior to receiving the payment method that corresponds to the identification code associated with the user from the remote management server, the remote management server

[a2] sends a list of products to a non-browser based application generated screen generated by a non-browser based application

[a3] a non-browser based application with a graphical user interface that is downloaded and installed on a mobile device for display with a mobile device display of the mobile device, wherein the non-browser based application only generates a non-browser based application generated screen, the non-browser based application generated screen corresponding to a specific screen or area of the non-browser based application,

[a4] the mobile device including the mobile device display, a mobile device processor, a mobile device wireless radio transceiver configured to support voice and data interactions through a first wireless communication channel, and a mobile device wireless fidelity (Wi-Fi) transceiver,

[b] receives, at the non-browser based application generated screen, an identification of one or more products selected from the list of products from the non-browser based application generated screen, wherein the non-browser based application generated screen receives the identification of the one or more products selected from the list of products through user input via the mobile device display;

[c] receives a transaction purchase request from the non-browser based application generated screen, wherein the non-browser based application generated screen receives the transaction purchase request via the mobile device display of the mobile device;

[d] receives user input login information including an identification code associated with the user from the non-browser based application generated screen, wherein the non-browser based application generated screen stored on the mobile device receives the user input login information via a mobile device display of the mobile device;

[e] upon receipt of the user input login information, authenticating, at the remote management server, the user associated with the user input login information;

[f]] transmits the payment method that corresponds to the identification code associated with the user to the transaction server; and

[i1] sending, a transaction verification to the remote management server, wherein the transaction verification indicates that the transaction has processed

[i2] and further wherein after receiving the transaction verification, the remote management server downloads the one or more products to the mobile device.

**Dependent 10:** The method of claim 1, further wherein the non-browser based application can be used when the mobile device is not connected to a wireless network.

**Dependent 18**: The method of claim 1, further wherein after the transaction has processed, the remote management server sends a digital artifact to the mobile device.

**Dependent 19**: The method of claim 18 further wherein the digital artifact is cached on the mobile device and accessible by the non-browser based application when there is no network connection.

**Dependent 32**: The method of claim 18, wherein the digital artifact is media, content, ticket, a receipt, advertisement or coupon.

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1 | A method for processing a transaction, comprising: | Samsung practices a method for processing a transaction through use of its Samsung Galaxy Store non-browser based application |   Source: https://www.samsung.com/us/support/answer/ANS00076970/ |
| 1[a1] | receiving, at a transaction server, a payment method that corresponds to an identification code associated with a user from a remote management server, wherein prior to receiving the payment method that corresponds to the identification code associated with the user from the remote management server, the remote management server | Samsung practices this since it processes transactions that utilize Samsung Pay payment method. |   Source: https://www.samsung.com/us/support/answer/ANS00078431/ |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1 [a2] | sends a list of products to a non-browser based application generated screen generated by a non-browser based application with a graphical user interface that is downloaded and installed on a mobile device for display with a mobile device display of the mobile device, wherein the non-browser based application only generates a non-browser based application generated screen, the non-browser based application generated screen corresponding to a specific screen or area of the non-browser based application, | Samsung Galaxy Store receives a list of products from the Samsung Server and displays the list as shown to the right. |    Source: Samsung Gallery Store non-browser based App |
| 1[a3] | a non-browser based application with a graphical user interface that is downloaded and installed on a mobile device for display with a mobile device display of the mobile device, wherein the non-browser based application only generates a non-browser based application generated screen, the non-browser based application generated screen corresponding to a specific screen or area of the non-browser based application, | Samsung practices this since the Samsung Galaxy Store is a non-browser based mobile application with a graphical user interface including a graphical icon as shown to the right.<br><br>Samsung practices this since the Galaxy Store is available for download on Samsung phones as shown to the right |    Source: Samsung Gallery Store non-browser based App |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| | | Samsung practices that Samsung Galaxy Store is a non-browser based App as shown to the right which lists all “Apps”. | <br>Source: Samsung Gallery Store non-browser based App |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE | |
|---|---|---|---|---|
| | | | **Samsung Galaxy Store Web Browser** | **Samsung Galaxy Store Non-Browser App** |
| | | The Samsung Galaxy Store web browser with the URL is shown in the first column to the right.<br><br>In contrast, the Samsung Galaxy Store non-browser based app preinstalled on the mobile device is shown in the second column to the right.<br><br>. | https://www.samsung.com/us/apps/galaxy-store/<br><br> | <br> |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1 [a4] | the mobile device including the mobile device display, a mobile device processor, a mobile device wireless radio transceiver configured to support voice and data interactions through a first wireless communication channel, and a mobile device wireless fidelity (Wi-Fi) transceiver, | Samsung phones include a display, a processor, a transceiver supporting both voice and data interactions through a communication channel, and a Wi-Fi transceiver as shown to the right<br><br>It is well known that Android based mobile devices also include these components. | **Performance**<br><br>AP: Octa-core (2.3GHz Quad + 1.7GHz Quad), 64 bit, 10nm processor<br>Octa-core (2.35GHz Quad + 1.9GHz Quad), 64 bit, 10nm processor<br>*May differ by country and carrier.<br><br>Memory: 4GB RAM (LPDDR4)<br>64GB<br>*May differ by country and carrier.<br>*User memory is less than the total memory due to storage of the operating system and software used to operate the device features. Actual user memory will vary depending on the operator and may change after software upgrades are performed.<br><br>Network & Connectivity: LTE Cat.16<br>*May differ by markets and mobile operators.<br><br>Wi-Fi 802.11 a/b/g/n/ac (2.4/5GHz),VHT80 MU-MIMO,1024QAM<br>Bluetooth® v 5.0 (LE up to 2Mbps), ANT+, USB type-C, NFC, Location (GPS, Galileo, Glonass, BeiDou)<br>*Galileo and BeiDou coverage may be limited.<br><br>Source<br><br>: https://www.samsung.com/global/galaxy/galaxy-s8/specs/: |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1[b] | receives, at the non-browser based application generated screen, an identification of one or more products selected from the list of products from the non-browser based application generated screen, wherein the non-browser based application generated screen receives the identification of the one or more products selected from the list of products through user input via the mobile device display; | The Samsung Galaxy non-browser based App enables the user to select, for example, "The Daily Note" App is selected as shown to the right. | <br>Source: Samsung Gallery Store non-browser based App |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1 [c] | receives a transaction purchase request from the non-browser based application generated screen, wherein the non-browser based application generated screen receives the transaction purchase request via the mobile device display of the mobile device; | Samsung practices this method because by pressing the "Pay now" button , is equivalent receiving a transaction purchase request from the Samsung Galaxy non-browser based application. | <br><br>Source: Samsung Gallery Store non-browser based App |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1 [d] | receives user input login information including an identification code associated with the user from the non-browser based application generated screen, wherein the non-browser based application generated screen stored on the mobile device receives the user input login information via a mobile device display of the mobile device; | Samsung practices this method because Samsung Galaxy Store non-browser based App provides the Samsung ID and enables the user to enter their password as shown to the right. | <br>Source: Samsung Gallery Store non-browser based App |
| | Dependent Claim 4 recites, "The method of claim 1, wherein the user input login information includes biometric data." | Samsung practices this by enabling biometric input using "Samsung Pass" as shown to the right. | "Samsung Pass is a secure and easy way to use your biometrics to sign in to websites and apps on your phone. Once you scan your fingerprints, you can sign in without typing in your ID and password. With Samsung Pass, there's no need to memorize all those IDs and passwords for all your accounts."<br>https://www.samsung.com/us/support/answer/ANS00066601/<br><br>"Samsung Pass is a convenient and secure way to log into your accounts through biometric authentication. You can save sign-in information for online accounts and also use Autofill to populate your address and payment cards to make your online checkout easier. Once your account information is registered, you can use iris, fingerprint, or face recognition to sign in like magic – you never have to deal with memorizing your login information."<br>https://www.samsung.com/us/support/answer/ANS00082282/ |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1[e] | upon receipt of the user input login information, authenticating, at the remote management server, the user associated with the user input login information; | | |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1[f] | transmits the payment method that corresponds to the identification code associated with the user to the transaction server; and | | <br>Source: Samsung Gallery Store non-browser based App |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| [1i1] | sending, a transaction verification to the remote management server, wherein the transaction verification indicates that the transaction has processed | The figure shown to the right is an illustration demonstrating the steps generally involved in processing a transaction, including Samsung receiving receipt of a transaction verification from a bank as depicted in Step #7 in the figure to the right. |  Source: http://visual.ly/how-online-credit-card-processing-really-works-9-steps |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 1[i2] | and further wherein after receiving the transaction verification, the remote management server downloads the one or more products to the mobile device.; | The Samsung server downloads the "Daily Note" App from the Samsung Server and can uninstall it as shown to the right |   Source: Samsung Gallery Store non-browser based App |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 18. | The method of claim 1, further wherein after the transaction has processed, the remote management server sends a digital artifact to the mobile device. | Samsung practices this method since the user can select "Receipts" from the main menu of the Samsung Gallery Store non-browser based App as displayed in the first image to the right.<br><br>A screen with all receipts is displayed in the second image to the right.<br><br>A more detailed receipt is displayed in the third image to the right. | <br><br>Source: Samsung Gallery Store non-browser based App<br><br>Also, Samsung describes the following:<br>You can find previously downloaded apps, as well as purchased apps at any time from the My Apps section of Galaxy Store. However, you may be unable to redownload an app if there have been contractual changes with the seller, fatal errors in the app, or any other reason that caused the app's services to be disabled.<br><br>Source: https://www.samsung.com/us/support/answer/ANS00076970/ |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 32 | The method of claim 18, wherein the digital artifact is media, content, ticket, a receipt, an advertisement or coupon. | Samsung practices this method since the user can select "Receipts" from the main menu of the Samsung Galaxy Store non-browser based as displayed in the first image to the right.<br><br>A screen with all receipts is displayed in the second image to the right.<br><br>A more detailed receipt is displayed in the third image to the right. | <br>Source: Samsung Galaxy Store non- browser based App<br><br>Also, Samsung describes the following:<br>You can find previously downloaded apps, as well as purchased apps at any time from the My Apps section of Galaxy Store. However, you may be unable to redownload an app if there have been contractual changes with the seller, fatal errors in the app, or any other reason that caused the app's services to be disabled.<br><br>Source: https://www.samsung.com/us/support/answer/ANS00076970/ |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 10 | The method of claim 1, further wherein the non-browser based application can be used when the mobile device is not connected to a wireless network. | When the Samsung Galaxy Store non-browser based App is in airplane mode (as depicted by the airplane) /not connected to a network, the Samsung Galaxy Store non-browser based App, for example, enables the user to view the detailed receipt (digital artifact), select the back button to view the main receipts screen, and select the back button again to the main menu as shown to the right.<br><br>Thus, the Samsung Galaxy non-browser based application can be used when the mobile device is not connected to a wireless network. | <br>Source: Samsung Galaxy Store non-browser based App |

| CLAIM LIMITATION NO. | CLAIM | ANALYSIS | SELECT EVIDENCE |
|---|---|---|---|
| 19 | The method of claim 1, further wherein the digital artifact is cached on the mobile device and accessible by the non-browser based application when there is no network connection. | When the Samsung Galaxy Store non-browser based App is in airplane mode (as depicted by the airplane) /not connected to a network, the Samsung Galaxy Store non-browser based App, for example, enables the user to view the detailed receipt (digital artifact), select the back button to view the main receipts screen, and select the back button again to the main menu as shown to the right.<br><br>Thus, digital artifact is cached on the mobile device and accessible by the Samsung non-browser based application when there is no network connection. | <br>Source: Samsung Galaxy Store App |