EXEMPLARY COMPARISON TO SAMSUNG SHOP
U.S. Patent No. 10621612
September 13, 2021

**Independent Claim 1:**

1. A method for displaying an advertisement using a non-browser based application stored on a mobile device, comprising:

receiving user input from the non-browser based application, wherein the non-browser based application receives the user input via a mobile device display, wherein the non-browser based application is a non-browser based mobile application with a graphical user interface including a graphical icon that is preinstalled or downloaded and installed on the mobile device, the mobile device comprising the mobile de vice display, a mobile device processor, and a mobile device wireless radio interface;

receiving, at the non-browser based application, the advertisement from a remote management server which selects the advertisement in response to the user input from the non-browser based application, wherein the advertisement is maintained at the remote management server; and

displaying the advertisement within a specific non-browser based application generated screen, the specific non-browser based application generated screen corresponding to a specific screen or area of the non-browser based application.

**Dependent Claim 11**: The method of claim 1, further wherein the advertisement is cached on the mobile device and is accessible by the non-browser based application when there is not a wireless network connection.

**Dependent Claim 12:** The method of claim 1, wherein the non-browser based application is operable when it is not connected to a wireless network.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| A method for displaying an advertisement using a non-browser based application stored on a mobile device, comprising: | Samsung practices a method for delivering an advertisement through use of its mobile App for iPhone and Android. | Samsung Ads Privacy Notice<br><br>Effective Date: January 1, 2020<br><br>We at Samsung Electronics Co., Ltd., along with our subsidiaries and affiliates (collectively, "**Samsung**") respect your concerns about privacy. This Privacy Notice applies to the information we collect through the Samsung Ads service (the "**Service**"). The Service is designed to provide advertisements that are customized to users' interests ("**Customized Ads**") on Samsung and third-party devices, websites, and applications. This Privacy Notice supplements, and should be read in conjunction with, the Samsung Privacy Policy, available at https://www.samsung.com/us/account/privacy-policy, which provides additional information on Samsung's privacy practices.<br><br>Source: https://www.samsung.com/us/account/privacy-policy/samsungads/ |

<table>
<tr><th>Claim 1</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>receiving user input from the non-browser based application, wherein the non-browser based application receives the user input via a mobile device display,</td>
<td>The user input is received from a non-browser based application (Samsung Shop App) stored on a mobile device (e.g., iPhone or Samsung Devices).<br><br>The mobile device receives the user input via the mobile device display when, for example, the user logs in or presses “For You”, “Offers”, “My Wishlist”, “My Orders”. “My Rewards”, “My Inbox”, etc. shown to the right.<br><br>When the user selects “For You” the Samsung Server selects the “Galaxy Buds” advertisement shown to the right.</td>
<td>



<br><br>Source: Samsung Shop non-browser based App</td>
</tr>
</table>

<table>
<tr><th>Claim 1</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>wherein the non-browser based application is a non-browser based mobile application with a graphical user interface including a graphical icon that is preinstalled or downloaded and installed on the mobile device, the mobile device comprising the mobile de vice display, a mobile device processor, and a mobile device wireless radio interface;</td>
<td>The Samsung Shop web browser with the URL shown in the first column to the right<br><br>In contrast, the Samsung Shop non-browser based App preinstalled on the mobile device with a graphical user interface including a graphical icon is shown in the second column to the right.</td>
<td>
<table>
<tr><th>Samsung Shop<br><br>Web Browser</th><th>Samsung Shop<br><br>Non-Browser App</th></tr>
<tr>
<td>https://www.samsung.com/us/shop/<br>
</td>
<td>
</td>
</tr>
</table>
</td>
</tr>
</table>

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | The Samsung Shop App is available for download on Samsung devices, iPhones and Android based smartphones.<br><br>As shown to the right, iPhones and Samsung phones include a display, a processor, a transceiver supporting both voice and data interactions through a communication channel, and a Wi-Fi transceiver.<br><br>It is well known that Android based mobile devices also include these components. | "Which devices does this app support?<br>Shop Samsung app is available on the following devices:<br><br>All major Android phones and tablets supporting Android version 4.4 and above.<br><br>The below iPhone and iPad models with iOS version 9.0 and above:<br><br>• iPhone X<br>• iPhone 8 Plus<br>• iPhone 8<br>• iPhone 7 Plus<br>• iPhone 7<br>• iPhone 6 Plus<br>• iPhone 6<br>• iPhone 5S<br>• iPhone 5C<br>• iPhone 5<br>• iPhone 4S<br>• iPod Touch 5th generation<br>• iPad 2<br>• iPad 3<br>• iPad 4<br>• iPad Air<br>• iPad Air 2<br>• iPad mini<br>• iPad mini 2<br>• iPad mini 3"<br><br>Source: http://d1c54eb0xrdmtv.cloudfront.net/docs/faqios.html#functionality |

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | | Galaxy S8 \| S8+<br>HIGHLIGHTS DESIGN CAMERA SECURITY PERFORMANCE INTELLIGENCE PHONE+ ACCESSORIES SPECS GALLERY<br>Dimensions & Weight<br><br>**Galaxy S8**<br>Dimensions: 148.9 x 68.1 x 8.0 mm<br>**Galaxy S8+**<br>Dimensions: 159.5 x 73.4 x 8.1 mm<br><br>**Performance**<br><br>**AP**<br>Octa-core (2.3GHz Quad + 1.7GHz Quad), 64 bit, 10nm processor<br>Octa-core (2.35GHz Quad + 1.9GHz Quad), 64 bit, 10nm processor<br>*May differ by country and carrier.<br><br>**Memory**<br>4GB RAM (LPDDR4)<br>64GB<br>*May differ by country and carrier.<br>*User memory is less than the total memory due to storage of the operating system and software used to operate the device features. Actual user memory will vary depending on the operator and may change after software upgrades are performed.<br><br>**Network & Connectivity**<br>LTE Cat.16<br>*May differ by markets and mobile operators.<br>Wi-Fi 802.11 a/b/g/n/ac (2.4/5GHz),VHT80 MU-MIMO,1024QAM<br>Bluetooth® v 5.0 (LE up to 2Mbps), ANT+, USB type-C, NFC, Location (GPS, Galileo, Glonass, BeiDou)<br>*Galileo and BeiDou coverage may be limited.<br><br>Source:: https://www.samsung.com/global/galaxy/galaxy-s8/specs/ |

| Claim 1 | Analysis | Select Evidence |
| --- | --- | --- |
| receiving, at the non-browser based application, the advertisement from a remote management server which selects the advertisement in response to the user input from the non-browser based application, | The remote management server (Samsung Service[1]) selects an advertisement (Customized Ad) based on one or more targeting parameters (Information We Obtain) in response to user input when a user opens/logs into the Samsung Shop App and/or selects an option from the Samsung Shop App menu. | https://www.samsung.com/us/account/privacy-policy/<br>How To Contact Us<br>Information We Obtain<br>*Information you provide to us*<br>When you purchase a Samsung product, create a Samsung Account or register for or use a Service, you may provide us with personal information such as:<br>• contact information, such as name, email address, postal address and phone number;<br>• payment card information (including name, card number, expiration date and security code);<br>• user coupon or gift card number;<br>• date of birth;<br>• gender;<br>• information stored in or associated with your Samsung Account (including your Samsung Account profile, ID, username and password);<br>• username and password for participating third-party devices, apps, features or services;<br>• information you store on your device, such as photos, contacts, text logs, touch interactions, settings and calendar information;<br>• recordings of your voice when you use voice commands to control a Service or contact our Customer Service team; and<br>• location data, including (1) the precise geolocation of your device if you consent to the collection of this data and (2) information about nearby Wi-Fi access points and cell towers that may be transmitted to us when you use certain Services.<br><br>Source: https://www.samsung.com/us/account/privacy-policy/ |

[1] The actions performed by the Samsung Service which is also referred to as the "Samsung server," is a term is used throughout this chart, includes actions performed by a server owned and operated by Samsung or Samsung affiliate, a server owned and/or operated by a third party entity at Samsung's direction or under its control, and/or a server operated by a third party entity with which Samsung forms a joint enterprise as to the actions described in this chart.

| Claim 1 | Analysis | Select Evidence |
| --- | --- | --- |
| | The user input is received from a non-browser based application (Samsung Shop App) stored on a mobile device (e.g., iPhone or Samsung Galaxy).<br><br>The mobile device receives the user input via the mobile device display when, for example, the user logs in or presses "For You", "Offers", "My Wishlist", "My Orders". "My Rewards", "My Inbox", etc. shown to the right.<br><br>When the user selects "For You" the Samsung Server selects the "Galaxy Buds" advertisement shown to the right | <br><br>Source: Samsung Shop non-browser based App |

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| maintaining, at a remote management server, the advertisement; | Samsung maintains an advertisement (Customized Ad) at a remote management server (Samsung Service) | https://www.samsung.com/us/account/privacy-policy/samsungads/<br><br>**The Service provides Customized Ads by using unique, randomized, non-persistent, and resettable device identifiers, known as "Advertising ID" on Samsung mobile devices and "PSID" on Samsung Smart TVs.**<br><br>The Service may deliver Customized Ads based on your demographic characteristics, preferences, choices, and interests by obtaining the following information:<br><br>• device identifiers and device settings information (e.g., device manufacturer, model, OS version, IP address, Advertising IDs, device connection status, mobile country code, mobile network code, language, and mobile carrier);<br><br>• device usage and log information (e.g., list of installed apps, app version, and app usage statistics);<br><br>• information about your interactions with Customized Ads (e.g., the ads you click on);<br><br>• if you are a Customization Service user who has opted in to receive Customized Ads, inferences drawn from the data collected by the Customization Service (e.g., behaviors and preferences) and, with your consent, precise geolocation data; and<br><br>• if you are a Samsung Smart TV user who has opted in to both Viewing Information Services and Interest-Based Advertising, TV viewership data (e.g., information about the networks, channels and websites visited, programs viewed, and amount of time spent viewing Smart TV content).<br><br>p> We also may obtain other behavioral and demographic data from trusted third-party data sources. We may use this data to draw inferences about your preferences, choices, and interests to provide you with Customized Ads about products and services tailored to your individual interests. We may collect and combine information about your online activities over time and across Samsung and third-party devices, apps, websites and online services to provide you with Customized Ads.<br><br>Source: https://www.samsung.com/us/account/privacy-policy/samsungads/ |

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| displaying the advertisement within a specific non-browser based application generated screen, the specific non-browser based application generated screen corresponding to a specific screen or area of the non-browser based application. | After the remote management server (The Samsung Service) receives the user selecting “For You” , it displays the screen with the user’s name “MF” and the “Galaxy Buds” advertisement (Customized Ad) as shown on the screen to the right.<br><br>Below this screen are additional screens with more advertisements (Customized Ads) not shown. | <br><br>Source: Samsung Shop non-browser based App |

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | As another example, once the remote management server (the Samsung Service) receives the user selecting "My Inbox" , it displays the screen shown to the right with advertisements (Customized Ad) .<br><br>Below this screen are additional screens with more advertisements (Customized Ads) not shown. | <br><br>Source: Samsung Shop non-browser based App |

<table>
<tr><th>Claim 11</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>The method of claim 1, further wherein the advertisement is cached on the mobile device and is accessible by the non-browser based application when there is not a wireless network connection.</td>
<td>When the mobile device is placed in airplane mode as reflected by the airplane in the circle, the Samsung Shop non-browser based App continues to display advertisements (Customized Ad) as shown in the first screen to the right<br><br>When the user clicks on the advertisement (e.g. “Save up to $1000 on Samsung Neo QLED 4k Tv’s” ), the Samsung Shop non-browser based App displays the 2nd screen to the right which provides more advertisement (Customized Ad) details.<br><br>Thus, the advertisement (Customized Ad) is cached on the mobile device and accessible by the Samsung Shop non-browser based application when there is not a wireless connection.</td>
<td>

Source: Samsung Shop non-browser basesdApp</td>
</tr>
</table>

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| The method of claim 1, wherein the non-browser based application is operable when it is not connected to a wireless network. | When the mobile device is placed in airplane mode as reflected by the airplane in the circle, Samsung Shop continues to display advertisements (Customized Ad) as shown in the first screen to the right.<br><br>When the user clicks on an advertisement (e.g. "Save up to $1000 on Samsung Neo QLED 4k Tv's" ), the Samsung Shop non-browser based App displays the 2nd screen to the right which provides more advertisement (Customized Ad) details.<br><br>Thus, the Samsung Shop non-browser based is operable when the mobile device is not connected to a wireless network. | **Airplane Mode/ Offline**<br><br>When the user clicks on "Save up to $1000. . ." additional advertisement data is shown on the next screen.<br><br><br>Source: Samsung Shop non-browser based App |