**Attachment 9**

# Support For Offline

As stated in U.S. Printed Publication US20080052192 (Application No. 11/933,351) which is incorporated by reference, ***support*** can be found, for example, in paragraph 35," Thus, in one implementation, the mobile application 910 is not browser HTTP based, "

As stated in U.S. Printed Publication US20080052192 (Application No. 11/933,351) which is incorporated by reference, ***support*** can be found, for example, in paragraph 59," Sync: Ensures server-side objects are downloaded to client and locally cached."

As stated in U.S. Printed Publication US 20090124234 (Application No. 11/939,821) which is incorporated by reference, ***support*** can be found, for example, in paragraph 14, "In general, while effort is made to minimize storage of sensitive user information and data in a memory of a mobile communication device, ***in one implementation, some data is stored in the memory of a mobile communication device due to reasons of performance, usability and user experience.*** For example, data may need to be stored on a mobile communication device in the following circumstances. Payment credentials, coupons, tickets, and so on may have to be stored on the secure element of an NFC phone. Account balance, banking payment history, etc., may be locally cached on a mobile communication device. In one implementation, a user can opt-in to save payment method security codes in the client (or mobile application) for convenience. ***Tickets and/or coupons may be locally cached so that a user can redeem the tickets and/or coupons in an offline mode. For example, a mobile communication device may be offline in a situation in which network connectivity inside a building is degraded, and storing a ticket and/or coupon in a local cache of the mobile communication device permits the user to access the ticket or coupon***."

As stated in U.S. Printed Publication US20080052192 (Application No. 11/933,351) which is incorporated by reference, ***support*** can be found, for example, in paragraph 112 ," ***Using the client (or mobile application), a user can store digital artifacts (e.g., coupons, tickets, etc.) on a mobile communication device***. These digital artifacts are objects that are consumed by a 3rdParty, e.g., a ticket can be redeemed at a theater, and a coupon can be redeemed at the Point-Of-Sale of a retail merchant. Hence, this is a 3-way sync: 1) mobile communication device with server, 2. mobile communication device with 3rdParty Merchant, and 3) server with 3rdParty Merchant. ***For user's convenience, redemption of digital artifacts by a 3rdParty must be enabled in an environment with or without network access***. For example, a user with an electronic ticket on a mobile communication device may wish to redeem an eTicket at a theater. However, if there is no network access inside the theater, the user will still need access the eTicket on the client. ***In ONLINE mode, the client will cache (local store) the eTicket (and any other digital artifact.) In the theater, the client (in OFFLINE mode) will be able to redeem the eTicket*** and update the state of the eTicket on the mobile communication device (e.g., change state from 'valid' to 'redeemed'). This prevents the user from re-using the eTicket. At some point when the mobile communication device

re-acquires network connectivity, the client will then negotiate with the server and any artifacts with a state change (e.g., 'valid' to 'redeemed', etc.) on the client are then uploaded to the server (e.g., either in batch mode or one task at a time). "

As stated in U.S. Printed Publication US20080052192 (Application No. 11/933,351) which is incorporated by reference, ***support*** can be found, for example, in paragraph 122, "In general, an electronic ticket can be delivered to a mobile device and allow a consumer admission into a sports venue, entertainment venue (e.g. concert or movies), or other point of sale location either manually i**f** ***the consumer displays the electronic ticket*** to an agent who may issue a paper ticket to the consumer or automatically if the consumer waves their cell phone (if equipped with a radio transmitter) over a POS device which contains a radio receiver."

As stated in US Patent Application Publication No. (Application 11,939, 821)_ which is incorporated by reference ***support*** can be found, for example, in paragraph 16 "In general, while effort is made to minimize storage of sensitive user information and data in a memory of a mobile communication device, in one implementation, some data is stored in the memory of a mobile communication device due to reasons of performance, usability and user experience. For example, data may need to be stored on a mobile communication device in the following circumstances. Payment credentials, coupons, tickets, and so on may have to be stored on the secure element of an NFC phone. Account balance, banking payment history, etc., may be locally cached on a mobile communication device. In one implementation, a user can opt-in to save payment method security codes in the client (or mobile application) for convenience. ***Tickets and/or coupons may be locally cached so that a user can redeem the tickets and/or coupons in an offline mode. For example, a mobile communication device may be offline in a situation in which network connectivity inside a building is degraded, and storing a ticket and/or coupon in a local cache of the mobile communication device permits the user to access the ticket or coupon***."