**Attachment 10**




FIG. 7




FIG. 8




FIG. 9




*FIG. 10A*




*FIG. 10B*




FIG. 10C




FIG. 10D




FIG. 10E




FIG. 10F