LAWRENCE M. HADLEY - STATE BAR NO. 157728
LHADLEY@GLASERWEIL.COM
JAN WEIR - STATE BAR NO. 106652
JWEIR@GLASERWEIL.COM
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 CONSTELLATION BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 553-3000
FACSIMILE: (310) 556-2920

Attorneys for Defendants
Blaze Mobile, Inc., and Michelle Fisher

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BLAZE MOBILE, INC. and MICHELLE FISHER,<br><br>Defendants. | CASE NO. 21-CV-02989-EJD<br><br>**DECLARATION OF JAN P. WEIR IN SUPPORT OF BLAZE MOBILE, INC. AND MICHELLE FISHER IN OPPOSITION TO SAMSUNG'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date: January 13, 2022<br>Time: 9:00 a.m.<br>Place 280 South First Street, San Jose<br>Judge: Hon. Edward J. Davila<br>Courtroom: 4 |

I, Jan P. Weir, Esq., hereby declare as follows:

1. I am an attorney licensed to practice in California and in this Court. I am a partner in the law firm Glaser Weil Fink Howard Avchen & Shapiro LLP.

2. I represent Blaze Mobile, Inc. and Michelle Fisher ("Blaze") in the above-captioned action. I submit this Declaration in support of Blaze Mobile, Inc., and Michelle Fisher in Opposition To Samsung's Motion For Judgement On The Pleadings (Dkt. No. 47.) I am familiar with the documents relating to this case that have been compiled from various sources including publicly available records from the United States Patent Office.

3. Attached hereto as Exhibit 1 is a true and correct copy of United States Patent Application Publication US 2007/0156436 relating to United States Patent Application No. 11/939,821 ("the '821 App.") filed on August 25, 2006.

4. Attached hereto as Exhibit 2 is a true and correct copy of United States Patent Application Publication US 2009/0124234 relating to United States Patent Application No. 11/467,441 ("the '441 App.") filed on November 14, 2007.

5. Attached hereto as Exhibit 3 is a true and correct copy of United States Patent Application Publication US 2008/0052192 relating to United States Patent Application No. 11/933,351 ("the '351 App.") filed on October 31, 2007.

6. Attached hereto as Exhibit 4 is a true and correct copy of the March 2, 2020, Decision on Appeal by United States Patent Office Patent Trial and Appeal Board relating to United States Patent Application No. 15/076,578 ("the '578 App.").

7. Attached hereto as Exhibit 5 is a true and correct copy of the May 13, 2020, Decision on Appeal by United States Patent Office Patent Trial and Appeal Board relating to United States Patent Application No. 14/253,648 ("the '648 App.").

8. Attached hereto as Exhibit 6 is a true and correct copy of the May 29, 2015, Office Action relating to United States Patent Application No. 14/143,085 ("the '085 App.").14/253,648 ("the '648 App.").

9. Attached hereto as Exhibit 7 is a true and correct copy of the Office Action Response filed in the United States Patent Office by Michelle Fisher on or about April 6, 2015, relating to the '085 App.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Supplemental Amendment filed on or about March 16, 2021, in the United States Patent and Trademark Office relating to United States Patent Application No. 14/143,085 ("the '085 App.").

11. Attached hereto as Exhibit 9 is a true and correct copy of the Response to Office Action file in the United States Patent and Trademark Office on or about September 20, 2017, relating to United States Patent Application No. 15/134,101 ("the '101 App.").

12. Attached hereto as Exhibit 10 is a true and correct copy of the November 11, 2013, Petition Under 37 C.F.R. § 1.47(a) and 35 U.S.C. § 116 Filing When a Joint Inventor Cannot Be Reached/Refuses to Sign filed in the United States Patent and Trademark relating to the '441 App.

13. I am informed that Exhibit 11 is a true and correct copy of a September 20, 2013 letter from Michelle Fisher to Stephen Pacheco.

14. I am informed that Exhibit 12 is a true and correct copy of a September 20, 2013 letter from Michelle Fisher to Rathin Guha.

15. Attached hereto as Exhibit 13 is a true and correct copy of Supplemental Hearing Request Under 37 C.F.F. 41.52 and 12004(a) of Cares filed in the United States Patent and Trademark Office on or about May 6, 2020, relating to United States Patent Application No. 14/867,328 ("the '328 App.").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2021    /s/ Jan P. Weir
                                 Jan P. Weir