Brandon H. Brown (CA Bar No. 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com

Gregory S. Arovas (*pro hac vice*)
Todd M. Friedman (*pro hac vice*)
Alex R. Henriques (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com
Email: alex.henriques@kirkland.com

David Rokach (*pro hac vice*)
Nikhil Krishnan (CA Bar No. 300616)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.rokach@kirkland.com
Email: nikhil.krishnan@kirkland.com

*Attorneys for Plaintiffs Samsung Electronics Co.,
Ltd. and Samsung Electronics America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLAZE MOBILE, INC. and MICHELLE FISHER, <br><br> Defendants. | CASE NO. 21-CV-02989-EJD <br><br> **SAMSUNG'S MOTION TO WITHDRAW ADMINISTRATIVE MOTION TO RESCHEDULE DEC. 14 HEARING REGARDING BLAZE'S MOTION TO REOPEN DISCOVERY** |

Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") hereby move to withdraw Samsung's Administrative Motion to Reschedule December 14 Hearing Regarding Blaze's Motion to Reopen Discovery ("Motion to Reschedule") (Dkt. 136). Samsung's Motion to Reschedule was based on attorney scheduling conflicts arising from a jury trial that was set to begin in the Eastern District of Texas on December 11 in *Staton Techiya v. Samsung*, Case No. 2:21-cv-413-JRG-RSP (E.D. Tex.). Earlier today, the *Techiya* court reset trial for January 19, 2023, thereby resolving Samsung's scheduling conflict with the December 14 hearing set before the Court in this case. Accordingly, Samsung moves to withdraw its Motion to Reschedule as moot.

DATED: November 30, 2023

Respectfully submitted,

*/s/ Nikhil Krishnan*

Brandon H. Brown (CA Bar No. 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com

Gregory S. Arovas (*pro hac vice*)
Todd M. Friedman (*pro hac vice*)
Alex R. Henriques (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com
Email: alex.henriques@kirkland.com

David Rokach (*pro hac vice*)
Nikhil Krishnan (CA Bar No. 300616)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.rokach@kirkland.com
Email: nikhil.krishnan@kirkland.com