UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SCHWAB & CO., INC.; CHARLES SCHWAB BANK, SSB; and THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BLAZE MOBILE, INC.; BLAZE MOBILE TECHNOLOGIES, LLC; and MICHELLE FISHER<br><br>Defendants. | FILED IN Case No. 5-21-cv-02989-EJD<br><br>Case No. 5-25-cv-02122-BLF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Before the Court is the Administrative Motion to Consider Whether Cases Should Be Related. Having considered the motion, the Court finds that *Charles Schwab & Co. Inc. et al. v. Blaze Mobile, Inc. et al.*, Case No. 5-25-cv-02122-BLF (N.D. Cal.) is related to *Samsung Electronics Co., Ltd., et al. v. Blaze Mobile, Inc., et al.*, Case No. 5-21-cv-02989-EJD (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: _____                                  _____
                                                                                  Hon. Edward J. Davila
                                                                                  United States District Judge

CASE NO. 5-25-cv-02122
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED