Brandon H. Brown (CA Bar No. 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com

Gregory S. Arovas (pro hac vice)
Todd M. Friedman (pro hac vice)
Alex R. Henriques (pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com
Email: alex.henriques@kirkland.com

David Rokach (pro hac vice)
Nikhil Krishnan (CA Bar No. 300616)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.rokach@kirkland.com
Email: nikhil.krishnan@kirkland.com

*Attorneys for Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>BLAZE MOBILE, INC. and MICHELLE FISHER, <br><br>Defendants. | Case No.  5:21-cv-02989-EJD <br><br>**DECLARATION OF NIKHIL KRISHNAN IN SUPPORT OF MOTION TO EXCEED THE PAGE LIMIT IN ITS MOTION TO DISMISS** <br><br>Judge:        Hon. Edward J. Davila |

I, Nikhil Krishana, hereby declare as follows:

1. I am an attorney at Kirkland & Ellis, LLP, counsel of record for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") in this case. I submit this Declaration in support of Samsung's Motion to Exceed the Page Limit in its Motion to Dismiss.

2. On the morning of September 15, 2025, I sent a proposed joint stipulation reflecting the increased page limits set forth in Samsung's Motion to Exceed the Page Limit to counsel for Blaze Mobile, Inc., and Michelle Fisher (collectively "Blaze") and asked whether Blaze would agree to the stipulation.

3. In the afternoon of the same day, I met and conferred telephonically with Blaze's counsel, Mario Moore, regarding the Motion to Exceed the Page Limit and the proposed joint stipulation. Mr. Moore confirmed that Blaze opposes Samsung's request for additional pages at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 15, 2025        */s/ Nikhil Krishnan*
                                      Nikhil Krishnan
                                      Kirkland & Ellis LLP